# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC, | )<br>)<br>) Case No. 1:20-cv-06161 |
| Plaintiff, | )<br>) Judge Franklin U. Valderrama |
| vs. | )<br>) Magistrate Judge Sunil R. Harjani |
| QBE INSURANCE CORPORATION, | )<br>) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's November 30, 2020 Minute Order, the parties submit this joint status report regarding discovery and settlement discussions.

Plaintiff issued subpoenas for the following non-parties: J&N Marketing, Inc.; AC Kustoms Corp.; TKC Entertainment, Inc; and Epic Motor Sports LLC. The responses to these non-party subpoenas are due between February 16 and March 4, 2021. Plaintiff also anticipates issuing a non-party subpoena to Jason Kolodzinski.

Defendant issued requests for production to Plaintiff, the responses to which are due on February 16, 2021.

The parties have not engaged in further significant settlement discussions. However, they anticipate revisiting settlement discussions following evaluation of the information obtained via the discovery listed above.

| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC | QBE INSURANCE CORPORATION |
|---|---|
| /s/ Eric F. Quandt | /s/ Christopher D. Blum |
| *One of Its Attorneys* | *One of Its Attorneys* |
| Eric F. Quandt<br>Theodore L. Banks<br>Scharf Banks Marmor LLC<br>333 West Wacker Drive<br>Suite 450<br>Chicago, IL 60606<br>(312) 726-6000<br>equandt@scharfbanks.com<br>tbanks@scharfbanks.com | Stefan R. Dandelles<br>Christopher D. Blum<br>Kaufman Dolowich & Voluck, LLP<br>135 South LaSalle Street<br>Suite 2100<br>Chicago, IL 60603<br>(312) 646-6742<br>sdandelles@kdvlaw.com<br>cblum@kdvlaw.com |

4818-4268-4635, v. 1