# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

| | |
|---|---|
| Mike Anderson Chevrolet of Chicago, LLC | |
| Plaintiff, | |
| v. | Case No.: 1:20−cv−06161 |
| | Honorable Franklin U. Valderrama |
| QBE Insurance Corporation | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 15, 2021:

    MINUTE entry (CORRECTED) before the Honorable Sunil R. Harjani: Status hearing set for 2/16/2021 is stricken and reset to 4/21/2021 at 9:15 a.m. by telephone. By 4/16/2021, the parties shall file a joint status report with an update as to discovery and any settlement discussions. The Court has reviewed the parties' Joint Status Report [22]. As to discovery, the parties provide the following update: (1) Plaintiff issued document subpoenas to non−parties JN Marketing, Inc; AC Kustoms Corp.; TKC Entertainment, Inc.; and Epic Motor Sports LLC; (2) responses to these subpoenas are due between 2/16/2021 and 3/4/2021; (3) Plaintiff plans to issue a subpoena to Jason Kolodzinski; and (4) Plaintiff's responses to Defendant's requests for production are due on 2/16/2021. The deadline to issue initial written discovery was 1/15/2021. By 4/9/2021, the parties shall issue any additional written discovery requests. All subpoenas for documents shall be issued by 2/22/2021. Notices of depositions and subpoenas for deposition testimony with agreed upon dates shall issue by 4/9/2021. The 9/17/2021 fact discovery deadline stands. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.