# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC, | Case No. 1:20-cv-06161 |
| Plaintiff, | Judge Franklin U. Valderrama |
| vs. | Magistrate Judge Sunil R. Harjani |
| QBE INSURANCE CORPORATION, | |
| Defendant. | |

## MOTION FOR CHRISTOPHER D. BLUM TO WITHDRAWAL AS COUNSEL

Christopher D. Blum hereby moves to withdraw as counsel for QBE Insurance Corporation ("QBE") due to his departure from the firm of Kaufman Dolowich & Voluck LLP ("KDV"), effective March 26, 2021. Stefan R. Dandelles and Jean Y. Liu of KDV will remain as counsel for QBE in this action. Accordingly, Mr. Blum's name should be removed from all future notices, pleadings, and papers to be filed herein and all communications regarding this case.

Dated: March 26, 2021

Respectfully submitted by:

*/s/* Christopher D. Blum

Christopher D. Blum
KAUFMAN DOLOWICH & VOLUCK, LLP
135 S. LaSalle Street, Suite 2100
Chicago, IL 60603
312-759-1400
cblum@kdvlaw.com

4840-0753-3794, v. 1

1