# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

| | |
|---|---|
| Mike Anderson Chevrolet of Chicago, LLC<br><br>Plaintiff,<br><br>v.<br><br>QBE Insurance Corporation<br><br>Defendant. | Case No.: 1:20−cv−06161<br>Honorable Franklin U. Valderrama |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 26, 2021:

    MINUTE entry before the Honorable Franklin U. Valderrama: Attorney Christopher D. Blum's motion to withdraw as counsel for Defendant QBE Insurance Corporation [26] is granted. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.