UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:20-cv-06161 |
| vs. | ) ) | Judge Franklin U. Valderrama |
| QBE INSURANCE CORPORATION, | ) ) ) | Magistrate Judge Sunil R. Harjani |
| Defendant. | ) | |

**JOINT DEPOSITION SCHEDULING REPORT**

Pursuant to the Court's April 19, 2021 Minute Order, the Parties submit this joint deposition scheduling report listing all deponents with confirmed deposition dates:

1. Judy Arnold (Plaintiff's Rule 30(b)(6) witness): July 21, 2021, at 10:00 A.M.

2. Mike Anderson (Plaintiff's Rule 30(b)(6) witness): July 22, 2021, at 10:00 A.M.

Plaintiff's Counsel has issued deposition subpoenas for Jason Kolodzinski, Jennifer Cornfield (J&N Marketing), and Christopher Chudzik (TKC Entertainment). All three individuals are represented by counsel and Plaintiff's Counsel is in the process of confirming deposition dates with their respective attorneys and with Defense Counsel. No other deposition notices or subpoenas have been issued.

Status hearing is presently set for August 11, 2021 at 9:15 a.m. by telephone, and the fact discovery deadline is September 17, 2021.

Dated: April 30, 2021

| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC | QBE INSURANCE CORPORATION |
|---|---|
| /s/ Eric F. Quandt<br>*One of Its Attorneys* | /s/ Jean Y. Liu<br>*One of Its Attorneys* |
| Eric F. Quandt<br>Theodore L. Banks<br>Scharf Banks Marmor LLC<br>333 West Wacker Drive<br>Suite 450<br>Chicago, IL 60606<br>(312) 726-6000<br>equandt@scharfbanks.com<br>tbanks@scharfbanks.com | Stefan R. Dandelles<br>Jean Y. Liu<br>Kaufman Dolowich & Voluck, LLP<br>135 South LaSalle Street<br>Suite 2100<br>Chicago, IL 60603<br>(312) 646-6742<br>sdandelles@kdvlaw.com<br>jliu@kdvlaw.com |

4842-8860-0807, v. 1