UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Mike Anderson Chevrolet of Chicago, LLC

                              Plaintiff,

v.                                                             Case No.: 1:20−cv−06161
                                                             Honorable Franklin U. Valderrama

QBE Insurance Corporation

                              Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, June 2, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's motion to compel [31] is stricken without prejudice with leave to refile after a LR 37.2 conference. While the Court understands the motion was filed in order to meet the Court';s deadline, the Court will not hear a discovery dispute until the parties comply with LR 37.2. Defendant is ordered to review the motion and meet and confer with the Plaintiff by telephone or videoconferencing by 6/11/21. If the parties cannot resolve the dispute after the meet and confer, Plaintiff may refile the motion. However, the parties are urged to resolve this dispute without judicial intervention. Mailed notice(lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.