# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC, | Case No. 1:20-cv-06161 |
| Plaintiff | Judge Franklin U. Valderrama |
| v. | Magistrate Judge Sunil R. Harjani |
| QBE INSURANCE CORPORATION, JASON R. KOLODZINSKI, J&N MARKETING, INC AND TKC ENTERTAINMENT, INC. | |
| Defendants. | |

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Now comes Plaintiff by and through counsel and pursuant to F.R.C.P 15 (a) (2) moves this court for leave to file its Second Amended Complaint naming as additional Defendants Jason R. Kolodzinski, J & N Marketing, Inc. and TKC Entertainment, Inc. (hereinafter "additional Defendants"). In support Plaintiff states as follows:

1. Plaintiff served Federal Subpoenas for Documents on all three additional defendants, attached hereto as Exhibit "A", as non-parties, seeking specific documents relevant to this case. Counsel for Defendant QBE Insurance Corporation participated in drafting the language of these Federal Subpoenas.

2. All three additional Defendants are represented by separate Counsel.

3. Counsel for the additional Defendants requested substantial time to respond to the Subpoenas and thereafter produced some documents however woefully incomplete. Plaintiff submits that the documents produced further support Plaintiff's claims of employee theft covered under the Policy of Insurance with Defendant QBE Insurance Corporation. Counsel for Plaintiff has had numerous telephone conferences and follow-up emails with Counsel for the additional

1

defendants. Counsel for additional defendant Jason R. Kolodinski and J&N Marketing, Inc. have advised that no documents in addition to those produced "presently" exist. Plaintiff's Counsel provided counsel for these two additional defendants correspondence sent to their clients in January of 2018 by prior counsel for Plaintiff, attached hereto as Exhibit "B", which correspondence included : "you are hereby placed on notice to preserve all documents related to the above and not to destroy or dispose of any such documentation regardless of how it is stored or maintained by you".

4. Granting Plaintiff's motion will not delay remaining discovery or trial of this matter, if this matter cannot be resolved by settlement prior to trial, and may assist in possible resolution of this matter prior to trial.

5. Counsel for Defendant QBE Insurance Corporation will not give written consent to this motion.

6. Pursuant to F.R.C.P. 15 (a) (2) "[t]he court should freely give leave when justice so requires". Plaintiff respectfully submits that justice so requires in the instant case.

7. There are no substantive changes or additional claim for recovery made in the Second Amended Complaint against defendant QBE Insurance Corporation.

This case is set for a status hearing on August 11, 2021 at 9:15 a.m. by telephone before the Honorable Sunil R. Harjani.

WHEREFORE, Plaintiff requests leave to file its Second Amended Complaint, attached hereto, instanter.

                                      MIKE ANDERSON CHEVROLET OF CHICAGO, LLC

                                      By:   /s/ Eric F. Quandt
                                                  One of Its Attorneys

Eric F. Quandt  
Theodore L. Banks  
Scharf Banks Marmor LLC  
333 West Wacker Drive  
Suite 450  
Chicago, Illinois 60606  
(312) 726-6000  
[equandt@scharfbanks.com](mailto:equandt@scharfbanks.com)  
[tbanks@scharfbanks.com](mailto:tbanks@scharfbanks.com)

**CERTIFICATE OF SERVICE**

I, Eric Quandt, certify that on July 22, 2021, I caused to be filed the foregoing MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT using the Court's CM/ECF system, which will send e-mail notification of the filing to all parties of record. These documents are available for viewing and downloading via the CM/ECF system.

/s/ Eric F. Quandt