# LYMAN LAW FIRM
### Attorneys at Law



**Direct Contact:**
Mark M. Lyman
Partner
(312) 762-9524

mark@lymanlawus.com
www.lymanlawus.com

January 31, 2018

<u>Via Email and Regular Mail</u>
midwestcorvettes@yahoo.com

Jason Kolodzinski
600 N. Lakeshore Dr., Unit 3203
Chicago, Illinois  60611

Re:   <u>Mike Anderson Chevrolet of Chicago – Mail Marketing</u>
      Our File: Mike Anderson Chevrolet (Corporate)

Dear Mr. Kolodzinski:

We are investigating marketing services provided to Mike Anderson of Chicago by J & N Marketing. Please forward to me all documentation related to and communications with J & N Marketing and/or Nick Cornfield within the last twelve (12) months, including but not limited to, all contracts, agreements, invoices, emails, receipts, and all payments made to you by J & N Marketing and/or Nick Cornfield.

We are also investigating business dealings between you, Epic Motorsports, Inc. and Rory Sperling that took place during your employment with my client. Please forward to me all communications between you, Epic Motorsports, Inc. and/or Rory Sperling as well as copies of any agreements, invoices, buyer's orders and copies of payments made to you by Epic Motorsports, Inc.

Further you are hereby placed on notice to preserve all documents related to the above and not to destroy or dispose of any such documentation regardless of how it is stored or maintained by you.

Please contact me to discuss the above and arrange for the transfer and/or delivery of the above-mentioned information.

Sincerely,

*Mark M. Lyman*

Mark M. Lyman

cc:    Mike Anderson (via email only)

---

227 West Monroe Street, Suite 2650, Chicago, Illinois 60606
Fax: (312) 704-4500


EXHIBIT "B"

# LYMAN LAW FIRM
Attorneys at Law



**Direct Contact:**
Mark M. Lyman
Partner
(312) 762-9524

mark@lymanlawus.com
www.lymanlawus.com

January 24, 2018

<u>Via Email and Regular Mail</u>
midwestcorvettes@yahoo.com

Jason Kolodzinski
600 N. Lakeshore Dr., Unit 3203
Chicago, Illinois 60611

Re: <u>Used</u> Vehicle Purchases
Our File: Drivin (Corporate)

Dear Mr. Kolodzinski:

My firm represents Mike Anderson Chevrolet. We have investigated your dealings with Epic Motorsports, J & N Marketing, and AC Customs. We have information to support our belief that there was impropriety with each third party. We are seeking additional information from them to confirm the same.

I strongly encourage you to contact me to arrange a meeting in my office with you, your attorney, and a representative from Mike Anderson Chevrolet. If I do not hear from you within 5 days, we have been directed to protect our client's interests.

Sincerely,

*Mark M. Lyman*

Mark M. Lyman

cc: Mike Anderson (via email only)

---

227 West Monroe Street, Suite 2650, Chicago, Illinois 60606
Fax: (312) 704-4500

# LYMAN LAW FIRM
Attorneys at Law



**Direct Contact:**
Mark M. Lyman
Partner
(312) 762-9524

mark@lymanlawus.com
www.lymanlawus.com

January 30, 2018

<u>Via Email and Regular Mail</u>
nick@jnpromosdirect.com

Nick Cornfield
J&N Marketing
19139 S. Blackhawk Pkwy
Mokena, Illinois 60448

Re: <u>Mike Anderson Chevrolet of Chicago – Mail Marketing</u>
Our File: Mike Anderson Chevrolet (Corporate)

Dear Mr. Cornfield:

My firm represents Mike Anderson Chevrolet of Chicago. We are investigating certain marketing efforts performed or arranged by your company for my client. Please forward to me all documentation related, directly or indirectly, to advertising work performed for my client within the last twelve (12) months, including but not limited to, all contracts, agreements, invoices, communications, cancelled checks, receipts related to such advertising services, and all payments made by your company to Jason Kolodzinski.

You are hereby placed on notice to preserve all documents related to the above and not to destroy or dispose of any such documentation regardless of how it is stored or maintained by you. Please contact me to discuss the above and arrange for the transfer and/or delivery of the above-mentioned information.

Sincerely,

*Mark M. Lyman*

Mark M. Lyman

cc: Mike Anderson (via email only)

---

227 West Monroe Street, Suite 2650, Chicago, Illinois 60606
Fax: (312) 704-4500