## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| QBE INSURANCE CORPORATION, | ) ) |
| Defendant. | ) ) |

Case No. 1:20-cv-06161

Judge Franklin U. Valderrama

Magistrate Judge Sunil R. Harjani

### JOINT STATUS REPORT

Pursuant to the Court's April 19, 2021 Minute Order, the Parties submit this joint status report:

Plaintiff had previously subpoenaed the depositions of multiple third parties, to be taken the last week of July and the first week of August. On July 22, 2021, Plaintiff filed a Motion for Leave to File a Second Amended Complaint, proposing to add three additional Defendants: Jason R. Kolodzinski, J&N Marketing, Inc., and TKC Entertainment. (Doc. 35.) Defendant intends to oppose this Motion.

In light of Plaintiff's July 22 Motion, the parties cancelled the previously scheduled subpoenaed depositions. On August 5, 2021, Plaintiff confirmed with Defendant that based upon responses that Plaintiff received to its previously issued subpoenas, it no longer intends to take any fact witness depositions and even if its Motion for Leave to File a Second Amended Complaint were granted, it would not pursue any further written discovery.

The parties have not had any settlement discussions. In light of Plaintiff's intent to add three new parties to this action, it is uncertain at this juncture whether the parties will be interested in a settlement conference. The parties have not yet determined whether they will use retained experts.

This matter is set for a status hearing on August 11, 2021, at 9:15 a.m. by telephone.

Dated: August 6, 2021.

| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC | QBE INSURANCE CORPORATION |
|---|---|
| /s/ Eric F. Quandt<br>*One of Its Attorneys* | /s/ Jean Y. Liu<br>*One of Its Attorneys* |
| Eric F. Quandt<br>Theodore L. Banks<br>Scharf Banks Marmor LLC<br>333 West Wacker Drive<br>Suite 450<br>Chicago, IL 60606<br>(312) 726-6000<br>equandt@scharfbanks.com<br>tbanks@scharfbanks.com | Stefan R. Dandelles (ARDC No. 6244438)<br>Jean Y. Liu (ARDC No. 6321017)<br>Kaufman Dolowich & Voluck, LLP<br>135 South LaSalle Street<br>Suite 2100<br>Chicago, IL 60603<br>(312) 646-6742<br>sdandelles@kdvlaw.com<br>jliu@kdvlaw.com |

4842-0396-3893, v. 1