# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Mike Anderson Chevrolet of Chicago, LLC

                Plaintiff,

v.                                                Case No.: 1:20−cv−06161

                                                           Honorable Franklin U. Valderrama

QBE Insurance Corporation

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 9, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing set for 8/11/2021 is stricken and reset to 9/23/2021 at 9:15 a.m. by telephone. By 9/20/2021, the parties shall file a joint status report with an update on fact discovery and any settlement discussions as well as a statement indicating whether the parties intend to use retained experts. The Court has reviewed the latest Joint Status Report [36], which indicates that Defendant intends to oppose Plaintiff's Motion for Leave to File a Second Amended Complaint adding three additional defendants. Plaintiff states that it no longer intends to take any fact depositions and even if its pending motion is granted, it will not pursue any further written discovery. In light of the pending motion, the parties are uncertain whether they would be interested in a settlement conference. The parties have also not yet decided whether they will use retained experts. The fact discovery deadline of 9/17/2021 stands with the exception of any discovery related to the additional defendants should the district court allow Plaintiff to file the Second Amended Complaint. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.