UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Mike Anderson Chevrolet of Chicago, LLC

            Plaintiff,

v.                 Case No.: 1:20−cv−06161
                 Honorable Franklin U. Valderrama

QBE Insurance Corporation

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 10, 2021:

  MINUTE entry before the Honorable Franklin U. Valderrama: On 7/22/2021, Plaintiff filed what appear to be two identical motions for leave to file a second amended complaint [33], [35]. The first−filed motion [33] is terminated as moot. Plaintiff states that Defendant would not consent to the motion [35] 5. Defendant is directed to file a response in opposition to Plaintiff's motion for leave, if any, by 08/24/2021. Mailed notice (axc).


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.