# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> QBE INSURANCE CORPORATION, <br><br> Defendant. | Case No. 1:20-cv-06161 <br><br> Judge Franklin U. Valderrama <br><br> Magistrate Judge Sunil R. Harjani |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

NOW COMES Defendant QBE Insurance Corporation ("QBE"), by and through its attorneys Kaufman Dolowich & Voluck, LLP, and for its Response to Plaintiff's Motion for Leave to File a Second Amended Complaint, states as follows:

1. On July 22, 2021, Plaintiff filed a Motion for Leave to File a Second Amended Complaint. (Dkt. 35.)

2. QBE takes no position with respect to Plaintiff's Motion for Leave to File a Second Amended Complaint and defers to this Honorable Court regarding the joinder of new claims and parties, as well as the exercise of jurisdiction over same.

WHEREFORE, Defendant QBE Insurance Corporation respectfully defers to this Honorable Court regarding Plaintiff's Motion for Leave to File a Second Amended Complaint.

Date: August 24, 2021

Respectfully submitted,

KAUFMAN DOLOWICH & VOLUCK, LLP

*/s/ Stefan R. Dandelles*
Attorneys for Defendant QBE Insurance Corporation

Stefan R. Dandelles (ARDC No. 6244438)
Jean Y. Liu (ARDC No. 6321017)
KAUFMAN DOLOWICH & VOLUCK, LLP
135 S LaSalle St., Ste. 2100
Chicago, Illinois 60603
(312) 759-1400
sdandelles@kdvlaw.com
jliu@kdvlaw.com


4832-0578-6616, v. 1