# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> QBE INSURANCE CORPORATION, <br><br> Defendant. | Case No. 1:20-cv-06161 <br><br> Judge Franklin U. Valderrama <br><br> Magistrate Judge Sunil R. Harjani |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND FACT DISCOVERY DEADLINE**

NOW COMES Defendant QBE Insurance Corporation ("QBE"), by and through its attorneys Kaufman Dolowich & Voluck, LLP, for its Motion to Extend Fact Discovery Deadline, states as follows:

1. On September 15, 2020, Plaintiff initiated this lawsuit. (Dkt. 1.) On December 9, 2020, Plaintiff filed its Amended Complaint. (Dkt. 20.)

2. The current fact discovery deadline is September 17, 2021, with the exception of fact discovery pertaining to the proposed additional Defendants set forth in Plaintiff's Motion for Leave to File a Second Amended Complaint: Jason R. Kolodzinski, J&N Marketing, Inc. and TKC Entertainment. (Dkt. 37.)

3. Earlier this year, Plaintiff issued deposition subpoenas to AC Kustoms Corp., TKC Entertainment, Epic Sports, J&N Marketing, Inc., and Jason R. Kolodzinski, and Defense Counsel understood that she would have the opportunity to depose these third parties.

1

4. On August 5, 2021, and as reported to this Court in the Parties' Joint Status Report, Plaintiff's Counsel informed Defense Counsel, for the first time, that he does not intend to take any depositions in this litigation. (Dkt. 36.)

5. Accordingly, Defense Counsel is in the process of issuing numerous deposition subpoenas, including but not limited to Jason R. Kolodzinski, and individuals affiliated with AC Kustoms Corp., TKC Entertainment, Epic Sports, and J&N Marketing, Inc.

6. In light of the foregoing, it is highly unlikely that the fact discovery will be complete by the existing September 17, 2021 deadline.

7. On August 31, 2021, Defense Counsel conferred with Plaintiff's Counsel and Plaintiff's Counsel has no objection to this Motion.

8. This Motion is not made for purposes of delay.

WHEREFORE, QBE Insurance Corporation respectfully requests that this Court enter an order extending the fact discovery deadline for 120 days (with an exception for proposed additional Defendants Jason R. Kolodzinski, J&N Marketing, Inc., and TKC Entertainment), up to and through January 15, 2021.

Dated: August 31, 2021

Respectfully submitted,

KAUFMAN DOLOWICH & VOLUCK, LLP

*/s/* Jean Y. Liu  \_\_\_
Attorneys for Defendant QBE Insurance Corporation

Stefan R. Dandelles (ARDC No. 6244438)
Jean Y. Liu (ARDC No. 6321017)
KAUFMAN DOLOWICH & VOLUCK, LLP
135 S LaSalle St., Ste. 2100
Chicago, Illinois 60603
T: (312) 759-1400
F: (312) 759-0402
sdandelles@kdvlaw.com
jliu@kdvlaw.com