# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Mike Anderson Chevrolet of Chicago, LLC

                                Plaintiff,

v.                                                          Case No.: 1:20−cv−06161
                                                           Honorable Franklin U. Valderrama

QBE Insurance Corporation

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 31, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: Defendant's motion for extension of time [40] is granted in part and denied in part. The Court understands that this motion is unopposed, but there has been no explanation as to why 120 days extra is needed (until 1/15/22) to complete several depositions. Fact discovery is to close on 9/17/21. Given that there is no objection for additional time, the Court will grant an extra 45 days to complete depositions. Fact discovery shall now close on 11/1/21. In the status report due on 9/20/21, the parties shall list the names of all deponents and confirmed dates for their depositions through the end of the fact discovery deadline. The parties are ordered to meet and confer by 9/3/21 and start scheduling depositions. The Court will allow additional time in discovery for the new defendants if the district court grants Plaintiff's motion to file a second amended complaint. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.