UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC, | )<br>)<br>) Case No. 1:20-cv-06161 |
| Plaintiff, | )<br>) Judge Franklin U. Valderrama |
| vs. | )<br>) Magistrate Judge Sunil R. Harjani |
| QBE INSURANCE CORPORATION, | )<br>) |
| Defendant. | ) |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's August 9, 2021 Minute Order, the Parties submit this joint status report regarding discovery and settlement discussions.

On September 3, 2021, the Parties met and conferred to schedule depositions in this matter.

Defendant QBE Insurance Corporation ("QBE") has issued Notices of Party Depositions to the following, via Plaintiff's Counsel:

- Mike Anderson (September 30, 2021, 9 AM)
- Judy Arnold (October 1, 2021, 9 AM)
- Plaintiff's Rule 30(b)(6) witness (October 7, 2021, 9 AM)
- Tiffany Santiago (October 4, 2021, 1 PM)
- Bill Thompson (October 5, 2021, 9 AM)
- Tim Jenney (October 5, 2021, 1 PM)
- Katie Keenan (October 6, 2021, 9 AM)

The dates reflected above are tentative and Plaintiff's Counsel is currently confirming same.

Defendant QBE has issued subpoenas to the following:

- J&N Marketing (October 20, 2021, 9 AM)

- Jason Kolodzinski (October 8, 2021, 9 AM)

- Barbara Flores (October 20, 2021, 5 PM)

The dates reflected above are tentative and Defendant QBE intends to confirm same in the near term.

Defendant QBE is in the process of issuing subpoenas to the following: [1]

- Hazem Mutawe (October 19, 2021, 9 AM)

- TKC Entertainment (October 21, 2021, 9 AM)

- AC Kustoms (October 22, 2021, 10 AM)

- Sir Hooptie (October 25, 2021, 10 AM)

- Epic Motor Sports (October 28, 2021, 10 AM)

On January 15, 2021, Defendant QBE issued its First Set of Requests to Produce and First Set of Interrogatories to Plaintiff Mike Anderson Chevrolet of Chicago, LLC ("MACC"). On February 16, 2021, Plaintiff MACC responded to Defendant's written discovery requests. On April 9, 2021, Defendant QBE issued a deficiency letter with respect to Plaintiff MACC's written discovery responses. In the weeks that followed, the Parties engaged in multiple meetings and conferences. On June 24, 2021, Plaintiff MACC amended its responses to Defendant QBE's First Set of Requests to Produce. Additional meetings and conferences between the Parties followed, and on July 21, 2021, Plaintiff MACC confirmed that it had produced all documents in its possession, responsive to QBE's written discovery requests.

On April 9, 2021, Plaintiff MACC issued its First Set of Requests to Produce to Defendant QBE. On May 10, 2021, Defendant QBE responded to same.

In response to subpoenas issued in this litigation, Non-Parties J&N Marketing, TKC Entertainment, and Jason Kolodzinski have produced certain documents. Plaintiff's Counsel has

---

[1] Defendant QBE intends to issue the referenced Subpoenas by September 21, 2021. The listed deposition times and dates are tentative.

advised that no documents have been produced by Non-Party Epic Motor Sports and Non-Party AC Kustoms.

The Parties have not engaged in further significant settlement discussions. However, they anticipate revisiting settlement discussions following evaluation of the information obtained through fact discovery. The Parties have not yet determined whether they will use retained experts.

The next status hearing is presently set for September 23, 2021 at 9:15 AM, by telephone.[2]

Dated: September 20, 2021

| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC | QBE INSURANCE CORPORATION |
|---|---|
| /s/ Eric F. Quandt | /s/ Jean Y. Liu |
| *One of Its Attorneys* | *One of Its Attorneys* |
| Eric F. Quandt | Stefan R. Dandelles |
| Theodore L. Banks | Jean Y. Liu |
| Scharf Banks Marmor LLC | Kaufman Dolowich & Voluck, LLP |
| 333 West Wacker Drive | 135 South LaSalle Street |
| Suite 450 | Suite 2100 |
| Chicago, IL 60606 | Chicago, IL 60603 |
| (312) 726-6000 | (312) 646-6742 |
| equandt@scharfbanks.com | sdandelles@kdvlaw.com |
| tbanks@scharfbanks.com | jliu@kdvlaw.com |

4849-9631-0523, v. 1

---

[2] Plaintiff's Counsel has stated that he is unavailable at this time and will be contacting the court for an alternative date.