# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Mike Anderson Chevrolet of Chicago, LLC

                                                Plaintiff,

v.                                                                        Case No.: 1:20−cv−06161
                                                                       Honorable Franklin U. Valderrama

QBE Insurance Corporation

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 20, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing set for 9/23/2021 is stricken and reset to 11/4/2021 at 9:15 a.m. by telephone. By 11/1/2021, the parties shall file a joint status report with an update on fact discovery and any settlement discussions, including a statement indicating whether the parties are interested in a settlement conference after the completion of fact discovery, as well as a joint proposed expert discovery schedule if the parties intend to use retained experts. The Court has reviewed the latest Joint Status Report [42] which lists 15 remaining deponents and "tentative" deposition dates. The parties have failed to comply with the Court's 8/31/2021 order directing the parties to list the names of all deponents and "confirmed" dates for their depositions through the end of fact discovery, which closes on 11/1/2021 [41]. By 9/28/2021, the parties shall file a Deposition Scheduling Report listing the remaining deponents, all of whom must have confirmed deposition dates (not just proposed dates). Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call−in number is (888) 684−8852 and the access code is 7354516. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.