UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC, | )<br>)<br>) Case No. 1:20-cv-06161 |
| Plaintiff, | )<br>) Judge Franklin U. Valderrama |
| vs. | )<br>) Magistrate Judge Sunil R. Harjani |
| QBE INSURANCE CORPORATION, | )<br>) |
| Defendant. | ) |

**DEPOSITION SCHEDULING REPORT**

Pursuant to the Court's September 20, 2021 Minute Order, the Parties submit this joint deposition scheduling report regarding discovery and settlement discussions.

Defendant QBE Insurance Corporation ("QBE") has issued Notices of Party Depositions to the following individuals, via Plaintiff's Counsel, and these forthcoming depositions have been confirmed by Plaintiff's Counsel.

- Mike Anderson (September 30, 2021, 9 AM)
- Judy Arnold (October 1, 2021, 9 AM)
- Tiffany Santiago (October 4, 2021, 2 PM)
- Bill Thompson (October 5, 2021, 9 AM)
- Tim Jenney (October 5, 2021, 1 PM)
- Katie Keenan (October 6, 2021, 9 AM)

Plaintiff's Counsel has advised that Mike Anderson will be Plaintiff's Rule 30(b)(6) witnesses.

Defendant QBE has issued subpoenas to the following third parties, who have confirmed deposition dates as follows:

- Hazem Mutawe (October 8, 2021, 10 AM)

- Barbara Flores (October 20, 2021, 5 PM)

- A Rule 30(b)(6) witness from AC Kustoms (October 15, 2021, 10 AM)

- A Rule 30(b)(6) witness from TKC Entertainment (October 21, 2021, 9 AM)

- A Rule 30(b)(6) witness from J&N Marketing (October 22, 2021, 1 PM)

- A Rule 30(b)(6) witness from Epic Motor Sports, LLC (October 28, 2021, 3 PM)

- Jason Kolodzinski (October 29, 2021, 1 PM)

Defendant QBE has issued a subpoena to the following third party[1] and is attempting to schedule a deposition for the following date and time. Defendant QBE is continuing its efforts to secure all deposition dates before the closure of fact discovery on November 1, 2021.

- A Rule 30(b)(6) witness from Sir Hooptie (October 25, 2021, 10 AM)

The next status hearing is presently set for November 4, 2021, at 9:15 AM, by telephone.

Dated: September 28, 2021

| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC | QBE INSURANCE CORPORATION |
|---|---|
| /s/ Eric F. Quandt  *One of Its Attorneys* | /s/ Jean Y. Liu  *One of Its Attorneys* |
| Eric F. Quandt  Theodore L. Banks  Scharf Banks Marmor LLC  333 West Wacker Drive  Suite 450  Chicago, IL 60606  (312) 726-6000  equandt@scharfbanks.com  tbanks@scharfbanks.com | Stefan R. Dandelles  Jean Y. Liu  Kaufman Dolowich & Voluck, LLP  135 South LaSalle Street  Suite 2100  Chicago, IL 60603  (312) 646-6742  sdandelles@kdvlaw.com  jliu@kdvlaw.com |

---

[1] Defendant QBE's retained process server has confirmed that it is actively trying to serve this entity.