## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Mike Anderson Chevrolet of Chicago, LLC

                              Plaintiff,

v.                                      Case No.: 1:20−cv−06161
                                         Honorable Franklin U. Valderrama

QBE Insurance Corporation

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 29, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: Motion hearing held via videoconference. For the reasons stated in open court, defendant's motion for extension of time [46] is granted in part and denied in part. Fact discovery is extended on a limited basis to 12/31/2021. This is a firm date and no additional extensions will be granted. As stated on the record, the Court finds good cause to grant only the following discovery: Defendant is granted leave to serve 5 interrogatories, 10 requests to admit and 5 document requests, no later than 11/4/2021. Plaintiff shall respond by 12/6/2021. The newly−served discovery requests by Defendant are hereby stricken. By 11/19/2021, Defendant shall file its motion to reopen rule 30(b)(6) depositions if needed, and demonstrate good cause to reopen the deposition. No additional depositions are allowed at this time after November 1, 2021. Status hearing previously set for 11/4/2021 is stricken and reset to 12/14/2021 at 9:15 a.m. Joint status report previously due 11/1/2021 is now due by 12/8/2021. The parties are cautioned to engage in good faith discussions during the next two months, and cooperate with each other with civility and professionalism in order to get this case done. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.