# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC, | ) ) ) Case No. 1:20-cv-06161 |
| Plaintiff, | ) ) Judge Franklin U. Valderrama |
| vs. | ) ) Magistrate Judge Sunil R. Harjani |
| QBE INSURANCE CORPORATION, | ) ) |
| Defendant. | ) |

### DEFENDANT QBE INSURANCE CORPORATION'S
### NOTICE OF DEPOSITION OF MIKE ANDERSON
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 30

To: Eric F. Quandt
Scharf Banks Marmor LLC
333 West Wacker Drive, Suite 450
Chicago, IL 60606
T: 312-726-6000
F: 312-726-6045
equandt@scharfbanks.com

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, on September 30, 2021 at 9:00 a.m., I shall take the deposition upon oral examination of Mike Anderson before an official court reporter duly authorized by law to take depositions by Zoom (details TBD), and for the purpose of discovery, or use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure. You are required to produce the deponent for examination at the time and place indicated.

Dated: September 16, 2021            Respectfully submitted by:

*/s/* Jean Y. Liu

Stefan R. Dandelles
Jean Y. Liu
KAUFMAN DOLOWICH & VOLUCK, LLP
135 S. LaSalle Street, Suite 2100
Chicago, IL 60603
T: 312-759-1400
F: 312-896-9403
sdandelles@kdvlaw.com
jliu@kdvlaw.com
Attorneys for Defendant, QBE Insurance Corporation

## **CERTIFICATE OF SERVICE**

I, Jean Liu, hereby certify that on September 16, 2021, I caused a copy of the foregoing document to be served upon the below listed counsel of record via electronic mail.

Eric F. Quandt
Theodore Banks
Scharf Banks Marmor LLC
333 West Wacker Dr., Ste. 450
Chicago, Illinois 60606
equandt@scarfbanks.com
tbanks@scharfbanks.com


DATED:	September 16, 2021		By:	/s/ Jean Y. Liu