# EXHIBIT C

**Samantha J. Wilson**

| | |
|---|---|
| **From:** | Jean Liu |
| **Sent:** | Thursday, September 16, 2021 12:30 PM |
| **To:** | Eric Quandt |
| **Cc:** | Stefan Dandelles; Maria Preiti; Sarah Suddarth; Theodore Banks; Gabriela Calderon |
| **Subject:** | RE: Mike Anderson v QBE - Mike Anderson witnesses |
| **Attachments:** | Bill Thompson Notice of Deposition.pdf; Tim Jenney Notice of Deposition.pdf; Tiffany Santiago Notice of Deposition.pdf; Mike Anderson Notice of Deposition.pdf; MACC 30(b)(6) Notice of Deposition.pdf; Katie Keenan Notice of Deposition.pdf; Judy Arnold Notice of Deposition.pdf; Joint Status Report (Sept 2021).docx |

Eric,

Please find attached notices of deposition for:
- Mike Anderson: September 30, 2021 9 AM
- Judy Arnold: October 1, 2021 9 AM
- Mike Anderson's 30(b)(6) witness: October 7, 2021 9 AM

I understand that Tiffany Santiago, Bill Thompson, Tim Jenney, and Katie Keenan are current employees of MACC. To that end, their depositions would be considered party depositions, as MACC is a party. We are serving you with notices of depositions for these individuals as well, as subpoenas would be inappropriate.
- Tiffany Santiago: October 4, 2021 1 PM
- Bill Thompson: October 5, 2021 9 AM
- Tim Jenney: October 5, 2021 1 PM
- Katie Keenan: October 6, 2021 9 AM

We have also prepared a draft joint status report, which we attach herein. Please let us know if you have any comments and proposed revisions.


Thank you,
Jean


**Jean Liu**
*Attorney at Law*


KAUFMAN DOLOWICH VOLUCK
ATTORNEYS AT LAW

135 South LaSalle St., Suite 2100
Chicago, IL 60603

| | |
|---|---|
| Direct: | 312-376-4747 |
| Cell: | 773-441-6131 |
| Main: | 312-759-1400 |
| Fax: | 312-896-9403 |
| Email: | jliu@kdvlaw.com |

1

## WWW.KDVLAW.COM

   

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

Please consider the environment before printing.

**From:** Eric Quandt <equandt@scharfbanks.com>
**Sent:** Thursday, September 16, 2021 10:18 AM
**To:** Jean Liu <jliu@kdvlaw.com>
**Cc:** Stefan Dandelles <sdandelles@kdvlaw.com>; Maria Preiti <mpreiti@kdvlaw.com>; Sarah Suddarth <ssuddarth@kdvlaw.com>; Theodore Banks <tbanks@scharfbanks.com>; Gabriela Calderon <gcalderon@scharfbanks.com>; Eric Quandt <equandt@scharfbanks.com>
**Subject:** RE: Mike Anderson v QBE - Mike Anderson witnesses

[EXTERNAL SENDER]

Jean: We will be representing and presenting Mike Anderson and Judy Arnold for their depositions prior to November 1, 2021. Defendant can serve subpoenas on others for depositions. The only date I am not available in October is October 19, as I am participating in a zoom presentation. I am in the office this morning and will prepare a draft Status report that you can then modify and file as before. As I mentioned I will be on an airplane next Thursday morning September 23 at 9:15 am at the scheduled status hearing by telephone. I plan to call the clerk and request another date and time. Eric

**Eric F. Quandt**

**Scharf Banks Marmor LLC**
333 West Wacker Drive, Suite 450
Chicago, IL 60606
Firm: 312-726-6000
Direct: 312-662-6199
Fax: 312-726-6045

equandt@scharfbanks.com

www.scharfbanks.com

**From:** Jean Liu [mailto:jliu@kdvlaw.com]
**Sent:** Tuesday, September 14, 2021 6:41 AM
**To:** Eric Quandt <equandt@scharfbanks.com>
**Cc:** Stefan Dandelles <sdandelles@kdvlaw.com>; Maria Preiti <mpreiti@kdvlaw.com>; Sarah Suddarth <ssuddarth@kdvlaw.com>; Theodore Banks <tbanks@scharfbanks.com>
**Subject:** Mike Anderson v QBE - Mike Anderson witnesses

Eric,

Have you confirmed which of the following witnesses you will be representing, and for the ones you will be representing, do you have potential deposition dates?

- Mike Anderson
- Bill Thompson
- Judy Arnold
- Barbara Flores
- Tim Jenney
- Katie Keenan
- Tiffany Santiago
- Hazem Mutawe

Please advise.


Thank you,
Jean


**Jean Liu**
*Attorney at Law*



135 South LaSalle St., Suite 2100
Chicago, IL 60603

| | |
|---|---|
| Direct: | 312-376-4747 |
| Cell: | 773-441-6131 |
| Main: | 312-759-1400 |
| Fax: | 312-896-9403 |
| Email: | jliu@kdvlaw.com |

**WWW.KDVLAW.COM**

   

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.