# EXHIBIT D

**Samantha J. Wilson**

| | |
|---|---|
| **From:** | Theodore Banks <tbanks@scharfbanks.com> |
| **Sent:** | Monday, September 27, 2021 8:52 AM |
| **To:** | Jean Liu |
| **Cc:** | Stefan Dandelles; Maria Preiti; Sarah Suddarth; Eric Quandt; Gabriela Calderon |
| **Subject:** | RE: MACC's 30(b)(6) Witness |

[EXTERNAL SENDER]
Mike Anderson will be the 30(b)(6) witness.

**From:** Jean Liu <jliu@kdvlaw.com>
**Sent:** Monday, September 27, 2021 7:01 AM
**To:** Theodore Banks <tbanks@scharfbanks.com>; Eric Quandt <equandt@scharfbanks.com>
**Cc:** Stefan Dandelles <sdandelles@kdvlaw.com>; Maria Preiti <mpreiti@kdvlaw.com>; Sarah Suddarth <ssuddarth@kdvlaw.com>
**Subject:** MACC's 30(b)(6) Witness

Ted/Eric:

I understand that Judy Arnold and Mike Anderson will collectively constitute MACC's 30(b)(6) witness. However, I have yet to receive a breakdown of who will be responding to which topics on MACC's behalf. Keeping in mind that Judy and Mike's depositions are proceeding later this week, please provide the appropriate designations today.

Thank you,
Jean

**Jean Liu**
*Attorney at Law*



135 South LaSalle St., Suite 2100
Chicago, IL 60603

| | |
|---|---|
| Direct: | 312-376-4747 |
| Cell: | 773-441-6131 |
| Main: | 312-759-1400 |
| Fax: | 312-896-9403 |
| Email: | jliu@kdvlaw.com |

**WWW.KDVLAW.COM**

   

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

1

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.