# EXHIBIT H

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
## Eastern Division

Mike Anderson Chevrolet of Chicago,
LLC

                                        Plaintiff,

v.                                                    Case No.: 1:20−cv−06161
                                                      Honorable Franklin U. Valderrama

QBE Insurance Corporation

                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 29, 2021:

        MINUTE entry before the Honorable Sunil R. Harjani: The Court has reviewed the deposition scheduling report [44] and the parties are ordered to proceed with the deposition on the identified date. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.