# EXHIBIT I

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC, ) ) ) Plaintiff, ) ) vs. ) ) QBE INSURANCE CORPORATION, ) ) Defendant. ) | Case No. 1:20-cv-06161<br><br>Judge Franklin U. Valderrama<br><br>Magistrate Judge Sunil R. Harjani |

## STIPULATION

WHEREAS, on August 19, 2020, Plaintiff's Counsel issued a letter to Defense Counsel, noting in part that "[t]he current MACC employees who were involved with this matter are…Tim Jenney, Katie Keenan, and Tiffany Santiago."

WHEREAS, on December 17, 2020, Plaintiff made its Rule 26(a)(1) Initial Disclosures, in part identifying Tiffany Santiago as an individual "likely to have discoverable information that MACC may use to support its positions."

WHEREAS, the depositions of Tiffany Santiago, Tim Jenney, and Katie Keenan were previously scheduled for October 4, 2021, October 5, 2021, and October 6, 2021, respectively.

WHEREAS, Defendant has agreed to withdraw the deposition notices for Tiffany Santiago, Tim Jenney, and Katie Keenan, in exchange for an agreement by Plaintiff that it will not rely on these witnesses in any way, including but not limited to by presenting evidence from these witnesses, calling these witnesses at trial, and obtaining affidavit(s) from these witnesses.

WHEREAS, on October 3, 2021, Plaintiff agreed that it would not rely on Tiffany Santiago, Tim Jenney, and Katie Keenan in any manner with respect to this litigation.

THEREFORE, the Parties stipulate and agree as follows:

1. Defendant agrees to withdraw the deposition notices of Tiffany Santiago, Tim Jenney, and Katie Keenan.

2. Plaintiff agrees that it will not rely on witnesses Tiffany Santiago, Tim Jenney, and Katie Keenan in any way, including but not limited to by presenting evidence from these witnesses, calling these witnesses at trial, and obtaining affidavit(s) from these witnesses.

**IT IS SO STIPULATED.**

Dated: October 26, 2021

| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC | QBE INSURANCE CORPORATION |
|---|---|
| /s/ Eric F. Quandt | /s/ Stefan R. Dandelles |
| *One of Its Attorneys* | *One of Its Attorneys* |
| Eric F. Quandt | Stefan R. Dandelles |
| Theodore L. Banks | Jean Y. Liu |
| Scharf Banks Marmor LLC | Kaufman Dolowich & Voluck, LLP |
| 333 West Wacker Drive | 135 South LaSalle Street |
| Suite 450 | Suite 2100 |
| Chicago, IL 60606 | Chicago, IL 60603 |
| (312) 726-6000 | (312) 646-6742 |
| equandt@scharfbanks.com | sdandelles@kdvlaw.com |
| tbanks@scharfbanks.com | jliu@kdvlaw.com |

4839-8754-8669, v. 1