# EXHIBIT J

**Samantha J. Wilson**

| | |
|---|---|
| **From:** | Eric Quandt <equandt@scharfbanks.com> |
| **Sent:** | Friday, October 15, 2021 2:56 PM |
| **To:** | Stefan Dandelles; Maria Preiti; Sarah Suddarth |
| **Cc:** | Theodore Banks; Gabriela Calderon; Eric Quandt |
| **Subject:** | MACC v. QBE Insurance |
| **Attachments:** | Message from KM_C458 |

[EXTERNAL SENDER]

   Relative to the deposition of Judy Arnold scheduled for Monday at 9:30 a.m., she recently reviewed all of the EPIC losses and made several corrections noted on the attached pages A, B and C. During his deposition Mike Anderson was questioned on a particle transaction. Attached pages C, D , E and F show corrected sale price and contract copy. Judy found an additional relevant document  – H which shows that the deal pricing had changed.  Judy also made handwritten notes on a folder of telephone conversations – attached as I and J.  J has a section redacted pertaining to attorney-client communication.

**Eric F. Quandt**

**Scharf Banks Marmor LLC**
333 West Wacker Drive, Suite 450
Chicago, IL 60606
Firm: 312-726-6000
Direct: 312-662-6199
Fax: 312-726-6045

**equandt@scharfbanks.com**

www.scharfbanks.com

**Samantha J. Wilson**

---

| | |
|---|---|
| **From:** | scharfbanksscanner@gmail.com |
| **Sent:** | Friday, October 15, 2021 2:34 PM |
| **To:** | Eric Quandt |
| **Subject:** | Message from KM_C458 |
| **Attachments:** | SKM_C45821101514340.pdf |

2017 EPIC

| STOCK# | TOTAL LOSS |
|--------|-----------|
| CP3825 | 992.00 |
| CP3581 | 596.91 |
| CP3633 | 2359.41 |
| CP3517 | 2061.11 |
| CP3580 | 1193.83 |
| CP3742 | 1724.28 |
| CP3788 | 1275.62 |
| CP3469 | 427.56 |
| CP3540 | 2891.43 |
| CP3699 | 1144.24 |
| CP3641 | 718.98 |
| CP3569 | 2219.38 |
| CP3772 | 547.11 |
| CP3539 | 699.63 |
| CP3547 | 672.74 |
| CP3416 | 1069.03 |
| CP3813 | 1470.34 | Correction loss of 1477.84 |
| CP3384 | 1054.77 |
| CP3848 | 75.89 |
| CP3810 | 567.34 |
| CP3367 | 1643.88 |
| CP3866 | 670.50 |
| CP3606 | 2942.00 |
| CP3914 | 940.90 |
| CP3735 | 1165.33 |
| CP3768 | 442.03 |
| CP3654 | 1916.65 |

"A"

Pg 2 2017 Epic

| | |
|---|---|
| CP3656 | 811.48 |
| CP3707 | 192.81 |
| CP3793 | 876.76 |
| CP3678 | 1188.01 |
| CP3769 | 288.11 |
| CP3462 | 831.43 |
| CP3677 | 484.81 | Correction Loss of 443.14 |
| CP3674 | 206.74 |
| CP3837 | 235.19 |
| CP3460 | 359.89 |
| CP3639 | 1257.68 |
| CP3762 | 2066.44 |
| CP3838 | 1018.73 |
| CP3627 | 1193.56 |
| CP3745 | 1271.81 |
| CP3507 | 1516.28 |
| CP3655 | 2621.77 |
| CP3586 | 1143.83 |
| CP3646 | 294.37 |
| CP3596 | 958.19 |
| CP3795 | 805.03 |
| CP3774 | 277.03 |
| CP3636 | 1996.76 |
| CP3660 | 1316.29 |
| CP3484 | 2829.36 |
| CP3750 | 269.58 |
| CP3814 | 820.88 | correction Loss of 802.88 |
| CP3821 | 4076.88 |

"8"

2016 Epic

| STOCK # | TOTAL LOSS | |
|---|---|---|
| CP3227 | 1189.23 | Correction Loss of 1168.21 |
| CP3235 | 2149.68 | |
| CP3236 | 1980.60 | |
| CP3255 | 2661.48 | |
| CP3262 | 85.92 | |
| CP3273 | 2565.15 | |
| CP3296 | 1381.35 | |
| CP3297 | 1500.13 | |
| CP3299 | 372.48 | |
| CP3313 | 1629.01 | |
| CP3317 | 546.02 | |
| CP3320 | 658.88 | |
| CP3336 | 4391.41 | Correction Loss of 1205.41 |
| CP3339 | 1812.58 | |
| CP3344 | 151.93 | |
| CP3345 | 2710.05 | |
| CP3368 | 1964.88 | |
| CP3392 | 106.98 | |
| CP3395 | 3095.33 | Correction Loss of 595.33 |
| CP3403 | 1735.05 | |
| CP3419 | 165.01 | |
| CP3431 | 507.79 | |
| CP3439 | 247.11 | |
| CP3441 | 189.69 | |
| CP3444 | 1420.88 | |
| CP3498 | 44.27 | |

\* Questioned Mike on Math! See attached exhibit 1, 2, 3, 4. Showing
Corrected Sale price + contract copy.

"C"

Mike ANDERSON CHEVROLET

Mike Anderson Chevrolet of Merrillville, Inc.
[illegible] • Merrillville, IN [illegible]
Phone [illegible] • Toll Free [illegible]
Fax [illegible]

Mike Anderson Chevrolet of Chicago, LLC
[illegible] W. Irving Park Road • Chicago, IL [illegible]
Phone (773) [illegible]
Fax (773) [illegible]

# CUSTOMER ORDER

MANJARRES DICKS — SLSP #1
10/08/2016 — DATE
SLSP #2
250422 — CUSTOMER NO.
FAKHOURY, TERRY — SALES MANAGER
DE LUNA, RUL — BUSINESS MANAGER

| | |
|---|---|
| CUSTOMER NAME: COLLEN M GRANT | CO-CUSTOMER'S NAME: |
| ADDRESS: 3315 W PALMER ST # 1 | ADDRESS: |
| CITY STATE ZIP: CHICAGO IL 60647 | CITY STATE ZIP: |
| HOME PHONE: (207) 522-6260 / WORK PHONE: | HOME PHONE: / WORK PHONE: |
| CELL PHONE: (207) 522-6860 | CELL PHONE: |

| NEW/USED | YEAR | MAKE | MODEL | SERIES |
|---|---|---|---|---|
| USED | 2013 | TOYOTA | CAMRY | |

| STOCK NO. | COLOR | BODY | VIN NO. | MILEAGE |
|---|---|---|---|---|
| CP3336 | BLACK | 4DR SDN | 4T1BD1FK0DU067364 | 50975 |

**OPTIONS INCLUDED IN PRICE**

EXT-SERVICE PLAN/NOT-TAXED 2,000.00

| | |
|---|---|
| PURCHASE PRICE (INCLUDING OPTIONS) | $21,096.82 |
| TRADE IN ALLOWANCE | $ N/A |
| SALES TAX | $ 1,832.91 |
| STATE TITLE FEE | $ 95.00 |
| PLATE/TRANSFER | $ 126.00 |
| DOCUMENT FEE | $ 169.27 |
| CO FEE | $ N/A |
| ESTIMATED PAYOFF ON TRADE | $ N/A |
| GOOD UNTIL / / TO: | |
| TOTAL DUE | $23,320.00 |
| REBATE | $ N/A |
| REBATE | $ N/A |
| REBATE | $ N/A |
| DEPOSIT | $ 2,000.00 |
| TOTAL OF CASH TO BE PAID | $ 2,000.00 |
| BALANCE TO FINANCE | $21,320.00 |

-2000 = 19096.82

**CONDITIONS**

**TRADE IN INFORMATION**

| YEAR | MAKE | MODEL | SERIAL NO. | MILEAGE |
|---|---|---|---|---|
| | | | | |

_____/_____ (initials) **ARBITRATION AND NO ORAL REPRESENTATIONS:** Customer agrees to be bound by the Arbitration Agreement referenced on the reverse side of this Order. Employees, salespersons and managers are not authorized to make any oral representations, agreements or promises about your Vehicle that are not in writing. Any oral representation, agreement or promise not in writing is not binding on Dealer.

_____/_____ (initials) FINANCING. [illegible]

NEW VEHICLE WARRANTY AND DISCLAIMERS. [illegible] DEALER EXPRESSLY DISCLAIMS AND EXCLUDES ANY AND ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, WITH RESPECT TO THE VEHICLE SOLD HEREUNDER, INCLUDING ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

USED VEHICLE "AS IS". [illegible]

LIMITATION AND DURATION OF IMPLIED WARRANTIES. [illegible]

FTC WINDOW STICKER. [illegible]

TRADE IN PAYOFF. [illegible]

NON-CANCELLABLE. [illegible]

THIS ORDER IS SUBJECT TO CORRECTION OF ANY MATHEMATICAL ERRORS BY SALES OR OFFICE PERSONNEL. [illegible] I ACKNOWLEDGE THAT THIS ORDER CONTAINS NO BLANK SPACES AT THE TIME OF SIGNING.

DEALERSHIP AUTHORIZED SIGNATURE

CUSTOMER SIGNATURE

CUSTOMER SIGNATURE

exhibit 1

"D"

# Mike ANDERSON CHEVROLET

**CUSTOMER ORDER**

Mike Anderson Chevrolet of Merrillville, Inc.
1600 East 61st Avenue • Merrillville, IN 46410
Phone (219) 947-4151 • Toll Free (888) 947-4151
Fax (219) 942-0489

Mike Anderson Chevrolet of Chicago, LLC
5333 W. Irving Park Road • Chicago, IL 60641
Phone (773) 465-2000
Fax (773) 685-4122

| | |
|---|---|
| MAN SALES MGR | DATE |
| SLSP # 1 | |
| SLSP # 2 PAKHOU , TERR | DATE |
| SALES MANAGER | CUSTOMER NO. DE LUNA , ROLAND |
| | BUSINESS MANAGER |

| CUSTOMER NAME | CO-CUSTOMER'S NAME |
|---|---|
| ADDRESS | ADDRESS |
| CITY STATE ZIP CHICAGO | CITY STATE ZIP |
| HOME PHONE (207) 52 | WORK PHONE | HOME PHONE | WORK PHONE |
| CELL PHONE | CELL PHONE |

| NEW/USED USED | YEAR | MAKE | MODEL | SERIES |
|---|---|---|---|---|
| STOCK NO. CP333 | COLOR BLACK | BODY 4DR SDN | VIN NO. | MILEAGE |

| OPTIONS INCLUDED IN PRICE | | |
|---|---|---|
| | PURCHASE PRICE (INCLUDING OPTIONS) | $ |
| | TRADE IN ALLOWANCE | $ |
| | SALES TAX | $ |
| | STATE TITLE FEE | $ |
| | PLATE / TRANSFER | $ |
| | TRANSACTION FEE | $ |
| | DOC FEE COOK CO | $ |
| | ESTIMATED PAYOFF ON TRADE | $ N/A |
| | GOOD UNTIL / / TO: | |
| **CONDITIONS** | TOTAL DUE | $ 7,191.27 |
| | REBATE | $ N/A |
| | REBATE | $ N/A |
| | REBATE | $ |
| | DEPOSIT | $ |
| | TOTAL OF CASH TO BE PAID | $ 2,000.00 |
| | BALANCE TO FINANCE | $ 15, |

| TRADE IN INFORMATION | | | | |
|---|---|---|---|---|
| YEAR | MAKE | MODEL | SERIAL NO. | MILEAGE |

_____/_____ (Initials) ARBITRATION AND NO ORAL REPRESENTATIONS: Customer agrees to be bound by the Arbitration Agreement referenced on the reverse side of this Order. Employees, salespersons and managers are not authorized to make any oral representations, agreements or promises about your Vehicle that are not in writing. Any oral representation, agreement or promise not in writing is not binding on Dealer.

_____/_____ (Initials) FINANCING. Dealer intends to assign to a third party lender the retail installment contract executed by Customer for the purchase of the Vehicle. Customer understands and agrees that Dealer SHALL NOT BE OBLIGATED TO SELL, the Vehicle to him/her/it unless a third party lender accepts the retail installment contract signed by the Customer. The Order and retail installment contract may be cancelled at any time by Dealer, if Dealer determines in its sole discretion that it cannot obtain third party lender approval and may be cancelled by either party within twenty one (21) days hereafter if such approval is not obtained on the agreed terms within such time. Additional terms may apply as set out in the retail installment contract and/or a finance note. Customer agrees to provide Dealer with a true, correct and complete credit application and cooperate fully in obtaining financing, including providing supporting documentation and Customer acknowledges that Dealer is solely relying on the accuracy of such information. In the event the Order is terminated as provided herein, Customer agrees to return the Vehicle to Dealer within twenty four (24) hours of such request. Without waiving any other rights herein or under applicable law, upon termination of this Order pursuant to this section, Dealer shall return any deposit to Customer. In the event that Customer does not return the Vehicle as required herein, the Dealer may repossess the Vehicle and Customer shall be liable for all costs, expenses and reasonable attorneys' fees incurred by Dealer related thereto, and such repossession.

NEW VEHICLE WARRANTY AND DISCLAIMERS. Customer acknowledges receiving a copy of the manufacturer's warranty applicable to the Vehicle. Dealer is not a party to any such warranty and only the manufacturer has any duties or liabilities thereunder. DEALER EXPRESSLY DISCLAIMS AND EXCLUDES ANY AND ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, WITH RESPECT TO THE VEHICLE SOLD HEREUNDER, INCLUDING ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

USED VEHICLE "AS IS". The Customer has not made Dealer aware of any special or particular purpose for which he/she/it intends to use the Vehicle and is not relying on Dealer's skill or judgment to furnish the Vehicle for any such purpose. Customer has had or was given the opportunity to have the used Vehicle inspected and the condition of the used Vehicle meets with Customers approval and is being accepted by the Customer in its "AS IS" condition.

LIMITATION AND DURATION OR IMPLIED WARRANTIES. To the extent that implied warranties cannot be disclaimed by applicable law, Dealer hereby limits the period of any implied warranties, including warranties of merchantability and/or fitness for a particular purpose for the duration of the service contract and/or warranty that is provided with the Vehicle.

FTC WINDOW STICKER. The information on the window form ("Buyers Guide") for the Vehicle is a part of this Order. If there is an inconsistency between the Buyers Guide and this Order, the terms and conditions of the Buyers Guide shall control.

TRADE IN PAYOFF. Customer agrees that the trade-in information is true and accurate. If the payoff balance on the trade-in vehicle is greater than the amount shown above, Customer agrees to pay the difference to Dealer upon demand. If the payoff is balance is less, Dealer shall pay the difference to Customer.

NON-CANCELLABLE. This transaction is non-cancelable after the Dealer and Customer sign the Order except as otherwise provided herein.

THIS ORDER IS SUBJECT TO CORRECTION OF ANY MATHEMATICAL ERRORS BY SALES OR OFFICE PERSONNEL. I CERTIFY THAT I AM 18 YEARS OF AGE OR OLDER. I ACKNOWLEDGE THAT I HAVE READ THE TERMS ON BOTH SIDES OF THIS ORDER AND THAT I HAVE RECEIVED A COPY OF THIS ORDER. I ACKNOWLEDGE THAT THIS ORDER CONTAINS NO BLANK SPACES AT THE TIME OF SIGNING

CUSTOMER SIGNATURE

DEALERSHIP AUTHORIZED MANAGER

CUSTOMER SIGNATURE

exhibit Z

"E"

**RETAIL INSTALLMENT CONTRACT – MOTOR VEHICLE – SIMPLE INTEREST**

No. _____

## FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ _____ |
|---|---|---|---|---|
| 4.64 % | $ 1,691.23 | $ 15,191.23 | $ 16,704.4 | $ 18,704.4 |

**Your payment schedule will be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 48 | $ 348.03 | monthly beginning November 17, 2016 |
| | $ N/A | |

**Security:** You are giving a security interest in the goods being purchased and in any moneys, credits or other property of yours in the possession of the Assignee, on deposit or otherwise.

**Late Charge:** If any payment is ten (10) days late, you will be charged: I) 5% of the installment if the installment is in excess of $200.00; or II) $10.00 if the installment is for $200.00 or less.

**Prepayment:** You have the right to prepay the unpaid balance in full or in part at anytime without penalty. See your contract terms below and on this reverse side for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties and further information about security interests.

### Itemization of Amount Financed

| | | |
|---|---|---|
| 1. Cash Price | $ | 13,500.00 |
| Less Cash Downpayment | $ | 2,000.00 |
| Less Other Downpayment (describe) N/A | $ | N/A |
| Value of Trade-In N/A | | |
| Trade $ N/A | | |
| Lien Payoff $ N/A | | |
| Net Total $ Trade $ | | N/A |
| 2. Total Downpayment (if negative enter "0" and see "Unpaid Balance Due on Trade-In" below) | $ | 2,000.00 |
| 3. Unpaid Balance of Cash Price | $ | 11,500.00 |
| Amount Paid to Others for You *WE MAY BE RETAINING A PORTION OF THIS AMOUNT | | |
| Unpaid Balance Due on Trade-In | $ | N/A |
| Year, Make, Model of Buyer's Trade-In (Paid to) | | |
| *Insurance Companies: | | |
| • N/A | $ | N/A |
| • N/A | $ | N/A |
| • N/A | $ | N/A |
| Public Officials (Licenses, Title & Taxes) | $ | 1,521.94 |
| *Paid to ERT Service Provider for Optional ERT Fee | $ | N/A |
| Other Charges (describe) | | |
| •To DOC FEE | $ | 169.27 |
| •To N/A | $ | N/A |
| •To N/A | $ | N/A |
| •To APR VSC | $ | 2,000.00 |
| •To N/A | $ | N/A |
| •To N/A | $ | N/A |
| •To N/A | $ | N/A |
| 4. Total Other Charges & Amount Paid to Others for You | $ | 3,691.21 |
| 5. Amount Financed (3 + 4) | $ | 15,191.21 |

Buyer(s) **COLIN M GRANT**
(Names)

**4315 W PALMER ST 1** **CHICAGO** IL 60647
(Address)      (City) (State) (Zip)

Buyer(s) **N/A**
(Names)

_____ _____
(Address)      (City) (State) (Zip)

Seller **MIKE ANDERSON CHEVROLET**
(Corporate Firm or Trade Name)

**5333 W IRVING PARK RD** **CHICAGO** IL 60641
(Business Address)      (City) (State) (Zip)

Seller hereby sells and Buyer or Buyers, jointly and severally, hereby purchase the following motor vehicle with accessories and equipment thereon for the deferred payment price and on the terms set forth in this contract. Buyer acknowledges delivery and acceptance of said motor vehicle.

The vehicle will be used primarily for personal, family, household or agricultural purposes. However, if the following box is checked the vehicle will be used primarily for business or commercial purposes. ☐

| New or Used | Year | Make of Vehicle | Model | Body Style | No. Cyl. | Vehicle Identification Number | Body Color | Odometer | Key No. |
|---|---|---|---|---|---|---|---|---|---|
| USED | 2013 | TOYOTA | CAMRY | 4DR SDN | 4 | 4T1BD1FK?DU067301 | BLACK | 0050975 | |

Buyer Promises to pay to the order of Seller at the offices of:

**FIFTH THIRD BANK** (Assignee) located in **SACRAMENTO** CA

the Amount Financed shown above together with a Finance Charge on the principal balance of the Amount Financed from time to time unpaid at the rate of _____ 4.64 _____ % per annum from date until maturity in _____ 47 _____ installments of $ 348.03 each and a final installment of $ _____ 348.03 _____ , beginning on

**Nov 17TH** _____ 2016 _____ and continuing on the same day of each successive month thereafter until fully paid. All payments shall be applied first to accrued Finance Charge and the balance to principal. The Finance Charge has been computed on the scheduled unpaid balances of the Amount Financed on the assumption that all scheduled installments will be paid when due. Guarantor, if any, guarantees collection of all amounts due under this contract upon failure of the Seller to collect from the buyer named herein. Herein, Holder means the motor vehicle retail Seller, sales finance agency, or any other Assignee that purchases or makes a loan upon the security of this retail installment contract.

**SECURITY INTEREST:** Seller is granted a purchase-money security interest in the motor vehicle described above and all accessions under the Illinois Uniform Commercial Code until the Total of Payments and all future indebtedness for taxes, liens, repairs and insurance premiums advanced by Holder hereunder are paid in full. Buyer grants assignee the right of set-off on or lien on any money, credits or other property of Buyer in possession of the Assignee, on deposit or otherwise, excepting IRA or similar deposits. Seller is also granted a security interest in any premium rebates for insurance or service contracts, if financed hereunder, in the proceeds of any insurance or service contract on the motor vehicle, and in the proceeds of any credit life and/or accident and health insurance financed hereunder, until all amounts due under this contract are paid in full.

**ACCELERATION:** Buyer agrees that: (1) if Buyer shall default in the payment of any installment of the Total of Payments or any other indebtedness due hereon; or (2) Buyer shall fail to perform any agreement or warranty made by Buyer herein; or (3) if the motor vehicle shall be lost, stolen, substantially damaged, destroyed, sold, encumbered, removed, concealed, attached or levied upon; or (4) if the motor vehicle shall be seized or forfeited for violation of any law or ordinance, State, Federal or Municipal; or (5) a proceeding under any bankruptcy or insolvency statute shall be instituted by or against Buyer or Buyer's business or property, or Buyer shall make an assignment for benefit of creditors, or (6) if Buyer shall die or be adjudged incompetent; or (7) if holder shall, for reasonable cause, deem itself insecure; or (8) if Buyer shall fail to keep the motor vehicle fully insured for the entire term of this contract, the holder may declare all unpaid installments of the Total of Payments and all other indebtedness secured hereby immediately due and payable, without notice or demand, subject to right of reinstatement, if applicable.

**PREPAYMENT: THE BUYER MAY PREPAY IN FULL OR IN PART THE UNPAID BALANCE OF THE CONTRACT AT ANY TIME WITHOUT PENALTY.**

**DELINQUENCY CHARGE:** If any payment is ten (10) days late, you will be charged: I) 5% of the installment if the installment is in excess of $200.00; or II) $10.00 if the installment is for $200.00 or less. In addition, Buyer agrees to pay reasonable attorneys' fees, costs and expenses incurred in the collection or enforcement of the debt or in defense of any action on the contract, whereas Buyer agrees to pay Finance Charges after maturity at the final installment, or upon acceleration upon default, at the Annual Percentage Rate stated herein so long as there exists any unpaid default hereunder, all without relief from valuation or appraisement laws.

**INSURANCE AGREEMENT:** Motor Vehicle Damage or Loss Insurance is required by Seller. (Buyer may choose the person through whom the insurance is to be obtained.) If such insurance is to be obtained through Seller, the cost for a term of N/A months will be $ N/A .

### LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT

Credit Insurance is not required by Seller nor is it a factor in approval of the extension of credit. No credit insurance is to be provided unless the Buyer signs the appropriate authorization below. Group Credit Insurance is available for the term of the credit upon acceptance by insurer at the following costs:

Credit Life Insurance $ N/A      Credit Disability Insurance $ N/A

| I desire Credit Life Insurance. | I desire Credit Disability Insurance. | I DO NOT want Credit Life or Disability Insurance. |
|---|---|---|
| N/A | N/A | |
| (Age of Insured) (Signature) (Date) | (Age of Insured) (Signature) (Date) | (Signature) (Date) |
| (Age of Insured) (Signature) (Date) | (Age of Insured) (Signature) (Date) | (Signature) (Date) |

**SEE REVERSE HEREOF FOR INFORMATION ON POSSIBLE REFUND OF CREDIT LIFE OR DISABILITY INSURANCE PREMIUM.**

### NOTICE OF PROPOSED GROUP CREDIT LIFE INSURANCE

If a charge is made above for credit life insurance and if such insurance is to be procured by assignee, the undersigned takes notice that the decreasing term insurance written under a Group Credit Life Insurance Policy is to be purchased on the life of the Buyer or Buyers who signed above requesting it, subject to acceptance by the insurer and issuance of a certificate by

N/A (Insurer)      (Home Office Address)

The amount of premium is shown above. The term of insurance will commence on the date of this contract and expire on the originally scheduled maturity date of the indebtedness. The initial amount of insurance will be equal to the initial indebtedness and will decrease as any payment is made on the indebtedness and in an amount computed by multiplying the amount of the payment by the ratio of initial insurance over the initial indebtedness. The proceeds of any insurance paid will be applied to reduce or extinguish the indebtedness. If insurance is terminated prior to the scheduled maturity date of the indebtedness, any premium refund will be paid or credited promptly to the person entitled thereto. Refund formula is on file with the Director of Insurance and with creditor. All of the foregoing is subject to the provisions of the certificate of insurance to be issued.

EXHIBITS

"F"

| | | | | *To N/A | $ | N/A |
| | | | | *To N/A | $ | N/A |
| Seller | MIKE ANDERSON CHEVROLET | (City) (State) (Zip) | | *To APR USC | $ | 2,000.00 |
| | (Corporate Firm or Trade Name) | | | *To N/A | $ | N/A |
| | 5333 W IRVING PARK RD    CHICAGO      IL 60641 | | | *To N/A | $ | N/A |
| | (Business Address) | (City) (State) (Zip) | | 4. Total Other Charges & Amount | $ | 3,587.21 |
| | | | | Paid to Others for You | | |
| | | | | 5. Amount Financed (3 + 4) | $ | 15,101.21 |

Seller hereby sells and Buyer or Buyers, jointly and severally, hereby purchase the following motor vehicle with accessories and equipment thereon for the deferred payment price and on the terms set forth in this contract. Buyer acknowledges delivery and acceptance of said motor vehicle.

The vehicle will be used primarily for personal, family, household or agricultural purposes. However, if the following box is checked the vehicle will be used primarily for business or commercial purposes. ☐

| New or Used | Year | Make of Vehicle | Model | Body Style | No. Cyl. | Vehicle Identification Number | Body Color | Odometer | Key No. |
|---|---|---|---|---|---|---|---|---|---|
| USED | 2013 | TOYOTA | CAMRY | 4DR SDN | 4 | 4T1BD1FK0DU067364 | BLACK | 0050975 | |

Buyer Promises to pay to the order of Seller at the offices of:

FIFTH THIRD BANK

(Assignee) located in SACRAMENTO  CA

the Amount Financed shown above together with a Finance Charge on the principal balance of the Amount Financed from time to time unpaid at the rate of    4.64    %

per annum from date until maturity in    47    installments of $    348.03    each and a final installment of $    348.03   , beginning on

Nov 17TH    2016    and continuing on the same day of each successive month thereafter until fully paid. All payments shall be applied first to accrued Finance Charge and the balance to principal. The Finance Charge has been computed on the scheduled unpaid balance of the Amount Financed on the assumption that all scheduled installments will be paid when due. Guarantor, if any, guarantees collection of all amounts due under this contract upon failure of the Seller to collect from the Buyer named herein. Herein, Holder means the motor vehicle retail Seller, seller finance agency, or any other Assignee that purchases or makes a loan upon the security of this retail installment contract.

SECURITY INTEREST: Seller is granted a purchase-money security interest in the motor vehicle described above and all accessories under the Illinois Uniform Commercial Code and the Total of Payments and all future indebtedness for time, liens, repairs and insurance premiums advanced by Holder hereunder are paid in full. Buyer grants assignor the right of set-off or lien on any moneys, credits or other property of Buyer in possession of the Assignee, on deposit or otherwise, excepting IRA or similar deposits. Seller is also granted a security interest in any premium rebates for insurance of service contracts, if financed hereunder, in the proceeds of any insurance or service contract on the motor vehicle, and in the proceeds of any credit life and/or accident and health insurance financed hereunder, until all amounts due under this contract are paid in full.

ACCELERATION: Buyer agrees that (1) if Buyer shall default in the payment of any installment of the Total of Payments or any other indebtedness due hereon; or (2) Buyer shall fail to perform any agreement or warranty made by Buyer herein; or (3) if the motor vehicle shall be lost, stolen, substantially damaged, destroyed, sold, encumbered, removed, concealed, attached or levied upon; or (4) if the motor vehicle shall be seized or forfeited for violation of any law or ordinance, State, Federal or Municipal; or (5) a proceeding under any bankruptcy or insolvency statute shall be instituted by or against Buyer or property, or Buyer shall make an assignment for benefit of creditors, or (6) if Buyer shall die or be adjudged incompetent; or (7) if holder shall, for reasonable cause, deem itself insecure; or (8) if Buyer shall fail to keep the motor vehicle fully insured for the entire term of this contract, the holder may declare all unpaid installments of the Total of Payments and all other indebtedness secured hereby immediately due and payable, without notice or demand, subject to right of reinstatement, if applicable.

PREPAYMENT: THE BUYER MAY PREPAY IN FULL OR IN PART THE UNPAID BALANCE OF THE CONTRACT AT ANY TIME WITHOUT PENALTY.

DELINQUENCY CHARGE: If any payment is ten (10) days late, you will be charged: 5% of the installment if the installment is in excess of $200.00; or 10% of $200.00; or 10, $10.00 if the installment is for $200.00 or less. In addition, Buyer agrees to pay reasonable attorneys' fees, costs and expenses incurred in the collection or enforcement of the debt or in realizing on the collateral. Buyer agrees to pay Finance Charge after maturity of the final installment, or after acceleration upon default, at the Annual Percentage Rate stated herein so long as there exists any uncured default hereunder, all without relief from valuation or appraisement laws.

INSURANCE AGREEMENT: Motor Vehicle Damage or Loss Insurance is required by Seller. (Buyer may choose the person through whom the insurance is to be obtained.) If such insurance is to be obtained through Seller, the cost for a term of    N/A    months will be $

LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT

Credit insurance is not required by Seller nor is it a factor in approval of the extension of credit. No credit insurance is to be provided unless the Buyer signs the appropriate authorization below. Group Credit Insurance is available for the term of the credit upon acceptance by insurer at the following costs:

Credit Life Insurance $    N/A              Credit Disability Insurance $

| I desire Credit Life Insurance. | I desire Credit Disability Insurance. | I DO NOT want Credit Life or Disability Insurance. |
|---|---|---|
| N/A | N/A | |
| (Age of Insured)    (Signature)    (Date) | (Age of Insured)    (Signature)    (Date) | (Signature)    (Date) |
| N/A | N/A | |
| (Age of Insured)    (Signature)    (Date) | (Age of Insured)    (Signature)    (Date) | (Signature)    (Date) |

SEE REVERSE HEREOF FOR INFORMATION ON POSSIBLE REFUND OF CREDIT LIFE OR DISABILITY INSURANCE PREMIUM.

NOTICE OF PROPOSED GROUP CREDIT LIFE INSURANCE

If a charge is made above for credit life insurance and if such insurance is to be procured by assignee, the undersigned takes notice that the decreasing term insurance written under a Group Credit Life Insurance Policy is to be purchased on the life of the Buyer or Buyers who signed above requesting it, subject to acceptance by the insurer and issuance of a certificate by

N/A

(Insurer)                                                                                          (Home Office Address)

The amount of premium is shown above. The term of insurance will commence on the date of this contract and expire on the originally scheduled maturity date of the indebtedness. The initial amount of insurance will be equal to the initial indebtedness and will decrease as any payment is made on the indebtedness in an amount computed by multiplying the amount of the payment by the ratio of initial insurance over the initial indebtedness. The proceeds of any insurance paid will be applied to reduce or extinguish the indebtedness, if insurance is terminated prior to the scheduled maturity date of the indebtedness, any premium refund will be paid or credited promptly to the person entitled thereto. Refund formula is on file with the Director of Insurance and with creditor. All of the foregoing is subject to the provisions of the certificate of insurance to be issued.

Other Insurance: N/A

(Type of Insurance)              , the cost for a term of N/A    months will be $

BUYER AGREES THAT THE PROVISIONS ON THE REVERSE SIDE HEREOF SHALL CONSTITUTE A PART OF THIS RETAIL INSTALLMENT CONTRACT AND BE INCORPORATED HEREIN.

DOCUMENTARY FEE: A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS AND PERFORMING SERVICES RELATED TO CLOSING OF A SALE. THE BASE DOCUMENTARY FEE BEGINNING JANUARY 1, 2006, WAS $150. THE MAXIMUM AMOUNT THAT MAY BE CHARGED FOR A DOCUMENTARY FEE IS THE BASE DOCUMENTARY FEE OF $150 WHICH SHALL BE SUBJECT TO AN ANNUAL RATE ADJUSTMENT EQUAL TO THE PERCENTAGE OF CHANGE IN THE BUREAU OF LABOR STATISTICS CONSUMER PRICE INDEX. THIS NOTICE IS REQUIRED BY LAW.

The Annual Percentage Rate may be negotiable with the Seller. If this Contract is assigned, Seller may retain or receive a portion of the Finance Charge.

NOTICE TO BUYER: 1. Do not sign this agreement before you read it or if it contains any blank spaces. 2. You are entitled to an exact copy of the agreement you sign. 3. Under the law you have the right, among others, to pay in advance the full amount due and to obtain under certain conditions a partial refund of the finance charge. Buyer confirms receiving a copy of this contract and had a chance to read and review it before Buyer signed it. By signing below Buyer agree to the terms of this contract. Guarantor, if any, acknowledges receipt of completed copies of this contract and of Explanation of Guarantor's Obligation.

CO-BUYER: A Co-Buyer is a person who agrees to be primarily responsible for paying the entire debt and who (1) actually receives the vehicle or (2) is a parent or spouse of the Buyer, or (3) will be listed as an owner on the vehicle's title. By signing below, (1) I confirm that I will actually receive possession of the vehicle or will use it, or that I am a parent or spouse of the Buyer, or that I will be listed as an owner on the vehicle's title; (2) I agree to be primarily obligated under this contract; and (3) I consent to the Creditor having a security interest in the vehicle.

Dated:  October  10th

EXhibit 4

Seller  _____

By  _____                                TITLE  _____

Guarantor  _____

Guarantor Address:  _____

I hereby guarantee the collection of the above described amount upon failure of the seller named herein to collect said amount from the buyer named herein.

Buyer (s) acknowledges receipt of a fully completed and executed copy of this Contract.

RETAIL INSTALLMENT CONTRACT

Buyer  _____

Buyer  _____

INSTRUCTIONS: If parent, spouse, or other person who is or will be listed as an owner on the vehicle's title is a co-buyer, sign above. Other co-signers, sign on the Guarantor line.

Copyright 2015  ILLIANA FINANCIAL, INC., Elmhurst, IL (All Rights Reserved)

Form IFI-PR (Rev. 4/15)

"G"



Caitlin O'Connell <caitlin.oconnell@mikeandersonchevy.com>

## FW: [00358422] Reopen, 4MA002, Stk 00CP3336, GRANT, COL (*FIN-X)

1 message

Barbara Flores <barbara.flores@mikeandersonchevy.com>                    Wed, Oct 5, 2016 at 4:13 PM
To: Caitlin O'Connell <caitlin.oconnell@mikeandersonchevy.com>

Ddt deal...needs a lot of work...changing sale price

From: POSTMASTER@mikeandersonchevy.com [mailto:POSTMASTER@mikeandersonchevy.com]
Sent: Wednesday, October 05, 2016 4:07 PM
To: BARBARA.FLORES@MIKEANDERSONCHEVY.COM
Subject: [00358422] Reopen, 4MA002, Stk 00CP3336, GRANT, COL (*FIN-X)

Deal 00358422 was reopened on 10/05/16 at 16:06:07

        in client 4MA002 by DELUNARO

The sold vehicle is stock number 00CP3336, VIN 4T1BD1FK0DU067364,

2013, TOYOTA     , CAMRY        ,           , Q05D975

The buyer is GRANT, COLIN M

$1s1 was 111 MANJARRES DICKSON, RAMIRO

$1s2 was

$1s3 was 120 DE LUNA, ROLANDO

$1s4 was 118 FAKHOURY, TERRY

*exhibit 5*

"H"

3/6/18 Andys Tire requested copies of police

2/8/18 TKC Driver talked to Chris owner - told cow somewhere

4/6/11 Dot marketing - talked to Nick requested office + dota
c # 54921    receipt from UPS

4/6/18 Sgt blasuga called me
Tim Schales - Great

Det Bryant 312-746-9661 She will be back in
touch on Thurs.

2/28/18
Stefan Laudells   312-646-6742 cell
312-206-4978 dept, mess

3/29/18 Stephen

expect same
get police from ins co.
recovery rights preserved of criminal (perhaps coverage for
attorney's
HAC civil suit against him 1 yr.

4/16/18 GBE to request info. Bring to coverage determination letter

Total Loss prior to determine coverage.

Submit to GBE documentation to support
theft.   Direct LOSS of money

Theft or forgery.

must be direct not indirect

L evidence of loss - no time limit.

4/22/18 Det Bryant -- stepped away from her desk - left mess

5/11/18 Det Bryant - transferred right to operator after being
told she would check - called back and
she was not in   left one more message
Name of check

crying - ask attorney from
thinking back

She life > ASA Kozuug ?   Theft of
private service

"J"