# EXHIBIT K

# Eric Quandt

| | |
|---|---|
| **From:** | Richard DellaCroce <rdellacroce@orlandlaw.com> |
| **Sent:** | Thursday, July 15, 2021 2:57 PM |
| **To:** | Eric Quandt; Chris Chudzik |
| **Subject:** | RE: Mike Anderson Chevrolet of Chicago v. QBE Insurance / Deposition Subpoena / TKC Entertainment |
| **Attachments:** | MIKEANDERSON2014.mp3 |

Eric:

Attached please find a commercial my client was able to locate.

Does Mr. Chudzik still need to appear at the previously scheduled deposition on July 27, 2021?
Please let me know if that is still going forward.

Thank you.

Richard R. Della Croce, Esq.

Sent from Mail for Windows 10

---

**From:** Eric Quandt <equandt@scharfbanks.com>
**Sent:** Tuesday, April 27, 2021 4:08:40 PM
**To:** Richard DellaCroce <rdellacroce@orlandlaw.com>
**Cc:** Theodore Banks <tbanks@scharfbanks.com>; Stefan Dandelles <sdandelles@kdvlaw.com>; Jean Liu <jliu@kdvlaw.com>; Gabriela Calderon <gcalderon@scharfbanks.com>; Maria Preiti <mpreiti@kdvlaw.com>
**Subject:** RE: Mike Anderson Chevrolet of Chicago v. QBE Insurance / Deposition Subpoena / TKC Entertainment

Richard: We are in receipt of the documents you forwarded. Several questions arise. The invoices from TKC total $30,000.00, however we have documentation that the total sum paid to TKC from Mike Anderson Chevrolet of Chicago was $75,000.00. Also, we are seeking the actual transcripts of all radio ads, with information as to where and when they ran. I understand from our conversations that this information may be stored in a warehouse. We also have information that to pay TKC invoices, the checks were not mailed. Rather Jason Kolodzinski gave the checks to someone who picked them up at the dealership. The checks were subsequently cashed at a nearby currency exchange. We are seeking information of who picked up the checks and cashed them at the currency exchange. We look forward to this additional information. Eric

**Eric F. Quandt**

**Scharf Banks Marmor LLC**
333 West Wacker Drive, Suite 450
Chicago, IL 60606
Firm: 312-726-6000

1

Direct: 312-662-6199
Fax: 312-726-6045

equandt@scharfbanks.com

www.scharfbanks.com

**From:** Richard DellaCroce [mailto:rdellacroce@orlandlaw.com]
**Sent:** Friday, April 23, 2021 3:48 PM
**To:** Eric Quandt <equandt@scharfbanks.com>
**Cc:** Theodore Banks <tbanks@scharfbanks.com>; Stefan Dandelles <sdandelles@kdvlaw.com>; Jean Liu <jliu@kdvlaw.com>; Gabriela Calderon <gcalderon@scharfbanks.com>; Maria Preiti <mpreiti@kdvlaw.com>
**Subject:** RE: Mike Anderson Chevrolet of Chicago v. QBE Insurance / Deposition Subpoena / TKC Entertainment

Eric:

Attached please find all that my client has been able to locate in response to your request for production of documents.

Best regards,

Rich Della Croce


**From:** Eric Quandt <equandt@scharfbanks.com>
**Sent:** Friday, April 9, 2021 12:49 PM
**To:** Richard DellaCroce <rdellacroce@orlandlaw.com>
**Cc:** Theodore Banks <tbanks@scharfbanks.com>; Stefan Dandelles <sdandelles@kdvlaw.com>; Jean Liu <jliu@kdvlaw.com>; Gabriela Calderon <gcalderon@scharfbanks.com>; Maria Preiti <mpreiti@kdvlaw.com>; Eric Quandt <equandt@scharfbanks.com>
**Subject:** Mike Anderson Chevrolet of Chicago v. QBE Insurance / Deposition Subpoena / TKC Entertainment

Richard: Per our telephone conversations we understand that you are in the process of collecting documents to be forwarded shortly. Thanks. Also as discussed attached is a Subpoena being issued to comply the Court's scheduling order. We can discuss further. Eric


**Eric F. Quandt**

**Scharf Banks Marmor LLC**
333 West Wacker Drive, Suite 450
Chicago, IL 60606
Firm: 312-726-6000
Direct: 312-662-6199
Fax: 312-726-6045

equandt@scharfbanks.com

www.scharfbanks.com

2