# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC. ) ) ) | |
| Plaintiff ) ) | Case No.: 1:20-cv-06161 |
| v. ) ) | Judge Franklin U. Valderrama |
| QBE INSURANCE CORPORATION ) ) ) | Magistrate Judge Sunil R. Harjani |
| Defendant. ) | |

## RESPONSE TO DEFENDANT'S MOTION TO RE-DEPOSE
## OR CONTINUE DEPOSITION

Now comes Plaintiff by and through counsel and in response to Defendant's Motion states as follows:

1. On September 30, 2021, Mike Anderson was deposed for more than seven-hours of on-record time.

2. The deposition was taken by Jean Y. Liu, an attorney assisting lead trial counsel Stefan R. Dandelles.

3. Mike Anderson was fully prepared and responded to all questions. Mike Anderson executed the sworn Proof of Claim Forms submitted to Defendant attached to Plaintiff's Amended Complaint. Mike Anderson testified for more than seven hours as to the details of "employee theft" under the Policy of Insurance committed by Jason Kolodzinski as set forth in Plaintiff's Amended Complaint.

4. Defendant served Jason Kolodzinski (the employee "thief") under the QBE Policy of Insurance, a subpoena for his deposition. Defendant's counsel Stefan Dandelles then continued his deposition. No new date has been confirmed by counsel for Defendant for the deposition of Jason Kolodzinski, on any date prior to this Court's fact discovery deadline of December 31. 2021.

5. If requested, Plaintiff can file with this Court the 393-page transcript of the deposition of Mike Anderson.

Plaintiff prays that Defendant's Motion be denied.

                        MIKE ANDERSON CHEVROLET OF CHICAGO, LLC

                        By:    /s/ Eric F. Quandt
                                  One of Its Attorneys

Theodore L. Banks #107336
Eric F. Quandt #2267519
Attorney for Plaintiff
SCHARF BANKS MARMOR LLC
333 West Wacker Drive, Suite 450
Chicago, Illinois 60606
(312) 726-6000
tbanks@scharfbanks.com
equandt@scharfbanks.com