UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Mike Anderson Chevrolet of Chicago, LLC

Plaintiff,

v.                          Case No.: 1:20−cv−06161
                                  Honorable Franklin U. Valderrama

QBE Insurance Corporation

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 6, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: Defendant's motion to re−depose or continue Rule 30(b)(6) deposition [51] is granted. Mr. Anderson was produced both in his individual capacity and as a Rule 30(b)(6) witness and that alone is good cause for additional time for a deposition. In addition, certain documents have been produced after the deposition, and counsel should have the opportunity to question Plaintiff about them. Defendant's counsel is also urged to do a better job preparing Mr. Anderson for his deposition as certain areas of the deposition could have been more productive with better preparation. Finally, Plaintiff's response brief [53] to this motion is perfunctory, undeveloped and does not specifically respond to the arguments raised by Defendant, and constitutes a waiver of an objection. Any of these reasons constitute good cause to continue the deposition. Mr. Anderson's deposition, which shall continue for up to 7 hours, in both his individual and Rule 30(b)(6) capacity, shall be completed by 12/31/21. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.