UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC, | ) ) ) | Case No. 1:20-cv-06161 |
| Plaintiff, | ) ) | Judge Franklin U. Valderrama |
| vs. | ) ) | Magistrate Judge Sunil R. Harjani |
| QBE INSURANCE CORPORATION, | ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's October 29, 2021 Minute Order [Dkt. 50], the Parties submit this joint status report regarding discovery and settlement discussions.

On November 4, 2021, and with leave of Court, Defendant QBE Insurance Corporation ("QBE") propounded its First Set of Requests for Admission; its Second Set of Requests for Production; its First Set of Interrogatories. On December 6, 2021, Plaintiff Mike Anderson Chevrolet of Chicago, LLC ("MACC") responded to these sets of written discovery.

The Parties anticipate the possibility of filing cross-motions to compel.

On November 19, 2021, and with leave of Court, Defendant QBE filed its Motion to Re-Depose or Continue Plaintiff's Rule 30(b)(6) Deposition Pursuant to Federal Rule of Civil Procedure 37 [Dkt. 51]. On December 2, 2021, Plaintiff filed its response in opposition of same [Dkt. 53]. On December 6, 2021, the Honorable Sunil Harjani granted QBE's Motion to Re-Open or Continue Plaintiff's Rule 30(b)(6) Deposition and ordered Mr. Anderson's deposition to continue up to 7 hours, in both his individual and Rule 30(b)(6) capacity, by December 31, 2021 [Dkt. 54]. Defendant QBE has requested Mr. Anderson's availability from Plaintiff and Plaintiff's Counsel has represented that he is working with Mr. Anderson to obtain his availability.

Defendant represents that it plans to depose Jason Kolodzinski and Epic Motor Sports and to continue/conclude Barbara Flores' deposition prior to the fact discovery deadline on December 31, 2021. Defendant represents that it is working with these third parties to schedule same.

Plaintiff represented during the October 29, 2021 motion hearing that it planned to withdraw its Motion for Leave to File a Second Amended Complaint, filed July 22, 2021 [Dkt. 35], and Plaintiff represents that it will be filing a Motion to withdraw its Motion for Leave to File a Second Amended Complaint.

The Parties have not engaged in further significant settlement discussions. However, the Parties are interested in a settlement conference before Judge Harjani on or after January 24, 2022, based on the schedule of the Parties. The Parties have not yet determined whether they will use retained experts.

There is currently a status hearing scheduled for December 14, 2021, at 9:15am.

Dated: December 8, 2021

| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC | QBE INSURANCE CORPORATION |
|---|---|
| /s/ Eric F. Quandt<br>*One of Its Attorneys* | /s/ Stefan R. Dandelles<br>*One of Its Attorneys* |
| Eric F. Quandt<br>Theodore L. Banks<br>Scharf Banks Marmor LLC<br>333 West Wacker Drive<br>Suite 450<br>Chicago, IL 60606<br>(312) 726-6000<br>equandt@scharfbanks.com<br>tbanks@scharfbanks.com | Stefan R. Dandelles<br>Jean Y. Liu<br>Kaufman Dolowich & Voluck, LLP<br>135 South LaSalle Street<br>Suite 2100<br>Chicago, IL 60603<br>(312) 646-6742<br>sdandelles@kdvlaw.com<br>jliu@kdvlaw.com |