# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC. | ) ) ) | |
| Plaintiff | ) ) | Case No.: 1:20-cv-06161 |
| v. | ) ) | Judge Franklin U. Valderrama |
| QBE INSURANCE CORPORATION | ) ) ) | Magistrate Judge Sunil R. Harjani |
| Defendant. | ) | |

### PLAINTIFF'S MOTION TO WITHDRAW IT'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Now comes plaintiff by and through counsel and hereby withdraws its motion filed on

July 20, 2021 for leave to file a Second Amended Complaint.


Dated: December 8, 2021             Respectfully submitted by:

                                    MIKE ANDERSON CHEVROLET OF
                                    CHICAGO, LLC

                            By:     /s/ Eric F. Quandt
                                    One of Its Attorneys
                                    Theodore L. Banks #107336
                                    Eric F. Quandt #2267519
                                    Attorney for Plaintiff
                                    SCHARF BANKS MARMOR LLC
                                    333 West Wacker Drive, Suite 450
                                    Chicago, Illinois 60606
                                    (312) 726-6000
                                    tbanks@scharfbanks.com
                                    equandt@scharfbanks.com