# EXHIBIT C

Page 1

1         IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
2                    EASTERN DIVISION
3
    MIKE ANDERSON CHEVROLET OF      )
4   CHICAGO, LLC,                   )
                                    )
5              Plaintiff,           )
                                    )   1:20-cv-06161
6       v.                          )
                                    )
7   QBE INSURANCE CORPORATION,      )
                                    )
8              Defendant.           )
    _____)
9
10
11      The deposition of MIKE ANDERSON, taken on
12   behalf of the defendant in the above-entitled
13   case before Debra L. Kleszyk, a Certified
14   Shorthand Reporter within and for the State of
15   Illinois, taken remotely via videoconference on
16   September 30, 2021, commencing at 9:07 a.m.,
17   pursuant to the Federal Rules of Civil Procedure.
18   The witness was located at 1847 South Prairie
19   Avenue, Chicago, Illinois.
20
21
22
23
24
25

Page 158

1  Q. Okay. Let's talk a little bit about
2  MACC's profitability in -- or Mike Anderson Chevy.
3  In 2016 was Mike Anderson Chevy profitable?
4  A. Yes.
5  Q. Was it less profitable than you would
6  have otherwise projected?
7  A. No.
8  Q. Okay. In 2017 was Mike Anderson Chevy
9  profitable?
10  A. No.
11  Q. And when you say no, was it by quite
12  some margin or was it just slightly --
13  A. It was a big -- it was a big margin,
14  yeah. And that's -- you know, you had -- like I
15  said, I think what happened was that stuff started
16  piling up and then he was kind of playing the
17  shell game. And then we had the strike and that
18  went on forever. That killed us. And that kind
19  of really muddied the waters for him. So then we
20  came out of that. And then it was kind of like,
21  you know, back to the shell game again.
22         And then when it was so evident
23  that -- that it was -- that he was stealing, that
24  there was fraud, that he was purposely doing this,
25  and the more I got involved the more he distanced

Page 159

1  himself, then it was like he was just totally
2  absentminded from the whole day-to-day routine of
3  his job.
4  Q. When you say you weren't profitable in
5  2017 by a big margin, can you give me an approxi-
6  mation?
7  A. Oh, I think -- I think we lost a
8  million bucks or something.
9  Q. And then you mentioned the strike a
10  few times now. Were there many strikes in 2017 or
11  was there one long strike?
12  A. The one. It lasted forever. It was
13  -- oh, my gosh, it was -- well, you could pull it.
14  It was public record I'm sure. Two and a half
15  months maybe.
16  Q. Okay. What happened -- with respect
17  to the cars that were in line for service, what
18  happened to those cars if all your workers were on
19  strike?
20  A. I told you earlier. I said the ones
21  that we could sell we would sell. The ones that
22  we would need to get checked we'd get checked at
23  AC Kustoms. And then the other ones we'd
24  wholesale them.
25  Q. So was the AC Kustoms one, though --

Page 160

1  my understanding from before was it was not
2  permitted for Jason to send these to AC Kustoms.
3  So --
4  A. No. What I told you was -- this is
5  what irks me because I feel like you're circle
6  talking and it's like you're coming back in. I'm
7  an honest person. I'm not going to say something
8  different at a different time. Okay?
9         I told you before that in a
10  situation like that where you would have to send a
11  car out in order to sell it, that would be the
12  only time you could do it. When we got backed up
13  in normal time when we had technicians, we would
14  never send a car out because I'd be on the hook
15  for something in the event that they didn't --
16  they didn't do the repair right or it was not
17  following the factory specs or whatever.
18  Q. Okay. Mr. Anderson, I'm asking you
19  these questions because I don't want to
20  misconstrue you. I'm not trying to trick you. I
21  literally don't want to misconstrue you.
22  A. Okay. Well, then --
23  Q. So please don't say --
24  A. I'm not trying to be a jagoff, but
25  that's what I feel like.

Page 161

1  Q. Okay. All right. Let's talk a little
2  bit about the allegations regarding Jason's
3  Corvette. So I'm going to represent to you that
4  these are documents that I received from Mike
5  Anderson. I'm going to mark this for the record
6  as Exhibit -- I believe we're on 8. Is that
7  correct? Eight?
8         (Deposition Exhibit 8 was
9         marked.)
10  BY MS. LIU:
11  Q. And I've marked these MACC-JK 1
12  through 16. If you like, you can have access to
13  this also.
14  A. Go ahead. Go ahead. Go ahead.
15  Q. It's labeled Corvette, for what it's
16  worth.
17         Are you familiar with these
18  documents?
19  A. Yes.
20  Q. And I'm just going to scroll through
21  real fast. Tell me if you want me to stop.
22         And just for refresher purposes,
23  the allegations that Mike Anderson is making is
24  that Kolodzinski traded in a Corvette that he
25  owned, gave himself an inflated appraisal of the

41 (Pages 158 - 161)