# EXHIBIT D

**Jean Liu**

| | |
|---|---|
| **From:** | Stefan Dandelles |
| **Sent:** | Friday, November 19, 2021 9:29 AM |
| **To:** | Eric Quandt; Theodore Banks |
| **Cc:** | Sarah Suddarth; Jean Liu; Maria Preiti |
| **Subject:** | Epic Motor Sports Document Production |
| **Attachments:** | Epic Production (Epic 000001- 178).pdf |

Counsel:

Please see attached and confirm receipt. These are documents recently obtained from Epic in relation to 397 cars your client purchased from Epic. As you know, MACC has not provided documentation related to all such purchases and has only cherry-picked 91 of the 397 where the car was resold at a loss. For the avoidance of doubt (of which there should be none), we have requested and are entitled to all documents related to all cars purchased from Epic which undoubtedly will show significant profit realized from this trading relationship.

We will depose Epic upon receipt of your complete and compliant production of documents and responses to outstanding discovery.

Stefan

**Stefan Dandelles**
*Managing Partner - Chicago, Chair of KDV's Fidelity Practice Group*



135 South LaSalle St., Suite 2100
Chicago, IL 60603

| | |
|---|---|
| Direct: | 312-646-6742 |
| Cell: | 312-206-4976 |
| Main: | 312-759-1400 |
| Fax: | 312-896-9403 |
| Email: | sdandelles@kdvlaw.com |

**WWW.KDVLAW.COM**

   

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.

1