# EXHIBIT E

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MIKE ANDERSON CHEVROLET OF        )
CHICAGO, LLC,                     )
                                  )
                Plaintiff,        )
                                  )
vs.                               )1:20 cv 06161
                                  )
QBE INSURANCE CORPORATION,        )
                                  )
                Defendant.        )

        The Remote Deposition of BARBARA FLORES, called by the Defendant for examination, pursuant to Notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts, taken before Victoria D. Rocks, CSR, and Notary Public in and for the County of Cook, State of Illinois, commencing at 5:00 o'clock p.m., on the 21st day of October 2021, A.D.

Page 74

1 cars from Sir Hooptie, the presumption would be that
2 they were an approved vendor, approved source from
3 which Mike Anderson could buy cars, is that correct?
4     A.   Yes.
5     Q.   And that similarly would have to be
6 approved by Mike Anderson?
7     A.   Yes, sir.
8     Q.   And so if checks were cut to Sir Hooptie,
9 they could only be cut if it was an approved vendor
10 with an NAD number, correct?
11    A.   Correct, sir.
12    Q.   Do you have any recollection of the
13 volume of business that Mike Anderson did with Sir
14 Hooptie?
15    A.   No, I would not be able to guess that.  Or
16 say if it was five cars or 100, I would not say.  I
17 don't know.
18    Q.   Would that be reflected somewhere in Mike
19 Anderson's records?
20    A.   Yes.
21    Q.   Where would we look in Mike Anderson's
22 records to determine how many cars, for example,
23 were purchased from Sir Hooptie?
24    A.   You would have the check the physical

Page 75

1 check request and all of the documentation behind as
2 well as checks made payable to Sir Hooptie.
3     Q.   So let me pull this up.  This is next in
4 order.  Exhibit 12 for the record bears MCCFH 1
5 through 18.
6          Do you recognize the handwriting on this
7 document?
8     A.   It is Judy Arnold's.
9     Q.   Do you know what these numbers represent?
10    A.   Could you bring it down a little.
11 Presumably because I have seen a repair order in a
12 sequential documentation.  It's for that stock
13 number CP 7, $23381 loss and stock number CP 2,
14 3724, 3,468.66 loss.
15         Presumably, we would have purchased those
16 vehicles from Sir Hooptie.  That is what I'm
17 thinking this is.
18    Q.   And the loss reflects what?
19    A.   The loss presumably is when we sold the
20 vehicle.  That's my assumption.  I don't know for
21 sure.
22    Q.   The next document bates two under the same
23 range identified, what is this?
24    A.   That would have been Katie Keenan,

Page 76

1 purchasing, creating that check for $90,000 for
2 three units that were purchased from Sir Hooptie, a
3 RAV 1500, a 2017 Chevy Tahoe and a '10 Escalade.
4     Q.   What process or procedure did Mike
5 Anderson Chevrolet have at the time May of 2017 to
6 determine whether or not to buy a particular car
7 from a particular dealer?
8     A.   So they would, they meaning the used car
9 manager or whichever manager is purchasing the
10 vehicle, would have to bring a check request, all of
11 the titles.
12         If it was from a client like just
13 walking in and saying I want to sell my car to you,
14 we would need the title, odometer, power of
15 attorney, all of the documents that go into the
16 purchase.
17         We would also require the MMR, which is
18 like what is saying the vehicle is worth wholesale.
19    Q.   Who would be responsible for generating
20 that MMR?
21    A.   The sales manager of whoever is purchasing
22 the vehicle.
23    Q.   Would that be verified by Katie Keenan
24 before cutting a check?

Page 77

1     A.   Yes.  It's a printout at that point.
2     Q.   I'm sorry, what is a printout?
3     A.   The MMR.  They would be required to print
4 it.
5     Q.   Who is they?
6     A.   The sales manager and/or used car manager,
7 whichever sales manager meaning potentially Jason
8 Kolodzinski was purchasing the vehicle, he would
9 also have to print out the MMR.
10    Q.   So the policies and procedures in place
11 were a check request, an MMR and other documentation
12 had to be provided in order for this process that is
13 reflected on the screen to take place, meaning for a
14 check to be cut that information had to be provided?
15    A.   Yes, sir.
16    Q.   And it would be Katie's job in the context
17 of this particular transaction to verify that all
18 the proper documentation was there.  Correct?
19    A.   Secondarily, yes.
20    Q.   What was the primary?
21    A.   So primarily she would be responsible.
22 Then secondarily I would be responsible because I
23 would put my initials in the corner of the check.
24    Q.   Let's look at this one in the middle, the