# EXHIBIT G

## Stefan Dandelles

| | |
|---|---|
| **From:** | Stefan Dandelles |
| **Sent:** | Friday, December 17, 2021 12:17 PM |
| **To:** | Theodore Banks |
| **Cc:** | Sarah Suddarth; Maria Preiti; Jean Liu; Gabriela Calderon; Eric Quandt |
| **Subject:** | RE: Dep Schedule |

Ted/Eric,

Will you make yourselves available for a 5-10 minute conversation?

Stefan

**Stefan Dandelles**
*Managing Partner - Chicago, Chair of KDV's Fidelity Practice Group*

 **KAUFMAN** DOLOWICH **VOLUCK**
ATTORNEYS AT LAW

135 South LaSalle St., Suite 2100
Chicago, IL 60603

| | |
|---|---|
| Direct: | 312-646-6742 |
| Cell: | 312-206-4976 |
| Main: | 312-759-1400 |
| Fax: | 312-896-9403 |
| Email: | sdandelles@kdvlaw.com |

# WWW.KDVLAW.COM

    Mansfield Rule
Certified 2021 DIVERSITY

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

Please consider the environment before printing.

**From:** Theodore Banks <tbanks@scharfbanks.com>
**Sent:** Friday, December 17, 2021 11:46 AM
**To:** Stefan Dandelles <sdandelles@kdvlaw.com>
**Cc:** Sarah Suddarth <ssuddarth@kdvlaw.com>; Maria Preiti <mpreiti@kdvlaw.com>; Jean Liu <jliu@kdvlaw.com>; Gabriela Calderon <gcalderon@scharfbanks.com>; Eric Quandt <equandt@scharfbanks.com>
**Subject:** RE: Dep Schedule

[EXTERNAL SENDER]
Unfortunately, we are not available.

1

Ted

**Theodore L. Banks**



Scharf Banks Marmor LLC
333 West Wacker Drive, Suite 450
Chicago, IL 60606
Direct: 312-662-4897  Cell: 847-431-8207
tbanks@scharfbanks.com
@TedBanks

The contents of this message may be privileged and confidential. If this message was received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privileges. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email is not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

**From:** Stefan Dandelles <sdandelles@kdvlaw.com>
**Sent:** Friday, December 17, 2021 11:35 AM
**To:** Eric Quandt <equandt@scharfbanks.com>; Theodore Banks <tbanks@scharfbanks.com>
**Cc:** Sarah Suddarth <ssuddarth@kdvlaw.com>; Maria Preiti <mpreiti@kdvlaw.com>; Jean Liu <jliu@kdvlaw.com>; Gabriela Calderon <gcalderon@scharfbanks.com>
**Subject:** RE: Dep Schedule

We will prepare it and send it shortly. Can you please hop on a call sometime between now and 1pm to meet and confer on outstanding discovery issues that will be the subject of motions to be filed today?

Thanks

**Stefan Dandelles**
*Managing Partner - Chicago, Chair of KDV's Fidelity Practice Group*

 **KAUFMAN** DOLOWICH **VOLUCK**
ATTORNEYS AT LAW
135 South LaSalle St., Suite 2100
Chicago, IL 60603

Direct:    312-646-6742
Cell:      312-206-4976
Main:      312-759-1400
Fax:       312-896-9403
Email:     sdandelles@kdvlaw.com

# WWW.KDVLAW.COM

   
Mansfield Rule
Certified 2021

NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

Please consider the environment before printing.

**From:** Eric Quandt <equandt@scharfbanks.com>
**Sent:** Friday, December 17, 2021 11:30 AM
**To:** Stefan Dandelles <sdandelles@kdvlaw.com>; Theodore Banks <tbanks@scharfbanks.com>
**Cc:** Sarah Suddarth <ssuddarth@kdvlaw.com>; Maria Preiti <mpreiti@kdvlaw.com>; Jean Liu <jliu@kdvlaw.com>; Eric Quandt <equandt@scharfbanks.com>; Gabriela Calderon <gcalderon@scharfbanks.com>
**Subject:** RE: Dep Schedule

[EXTERNAL SENDER]

Stefan and Jean: Pursuant to the Minute order of December 13, today the parties are to file a "Deposition Scheduling Report listing all remaining deponents with confirmed deposition dates prior to the 12/31/2021 fact discovery deadline". Once all depositions listed below are confirmed – can you prepare the Report for filing. Our Firm is having its Holiday luncheon outside the office at 1:00. Thanks. Eric

Eric F. Quandt

**Scharf Banks Marmor LLC**
333 West Wacker Drive, Suite 450
Chicago, IL 60606
Firm: 312-726-6000
Direct: 312-662-6199
Fax: 312-726-6045

equandt@scharfbanks.com

www.scharfbanks.com

**From:** Stefan Dandelles [mailto:sdandelles@kdvlaw.com]
**Sent:** Thursday, December 16, 2021 10:53 AM
**To:** Eric Quandt <equandt@scharfbanks.com>; Theodore Banks <tbanks@scharfbanks.com>
**Cc:** Sarah Suddarth <ssuddarth@kdvlaw.com>; Maria Preiti <mpreiti@kdvlaw.com>; Jean Liu <jliu@kdvlaw.com>
**Subject:** Dep Schedule

Counsel:

Here's the current working schedule for the conclusion of depositions:

EPIC – December 20 at 930 via Zoom.
Mike Anderson – December 23 at 9am via Zoom.

3

Jason K. – December 27 via zoom.
Barbara Flores – December 28 at 3pm via Zoom.

Once all are confirmed, we will re-issue notices.

**Stefan Dandelles**
*Managing Partner - Chicago, Chair of KDV's Fidelity Practice Group*

---

 **KAUFMAN** DOLOWICH **VOLUCK**
ATTORNEYS AT LAW

135 South LaSalle St., Suite 2100
Chicago, IL 60603

Direct:   312-646-6742
Cell:     312-206-4976
Main:     312-759-1400
Fax:      312-896-9403
Email:    sdandelles@kdvlaw.com

---

# WWW.KDVLAW.COM

    Mansfield Rule
Certified 2021

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.