# EXHIBIT H

## Stefan Dandelles

| | |
|---|---|
| **From:** | Stefan Dandelles |
| **Sent:** | Friday, December 17, 2021 11:46 AM |
| **To:** | Eric Quandt; Theodore Banks |
| **Cc:** | Jean Liu |
| **Subject:** | MACC - Rule 37.2 - Meet and Confer |

Eric and Ted,

Please advise if you can hop on a call or zoom to meet and confer over discovery issues.  Thanks much

Stefan

**Stefan Dandelles**
*Managing Partner - Chicago, Chair of KDV's Fidelity Practice Group*

 **KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

135 South LaSalle St., Suite 2100
Chicago, IL 60603

| | |
|---|---|
| Direct: | 312-646-6742 |
| Cell: | 312-206-4976 |
| Main: | 312-759-1400 |
| Fax: | 312-896-9403 |
| Email: | sdandelles@kdvlaw.com |

## WWW.KDVLAW.COM

    Mansfield Rule Certified 2021

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.