# EXHIBIT F

**Jean Liu**
___

| | |
|---|---|
| **From:** | Eric Quandt <equandt@scharfbanks.com> |
| **Sent:** | Wednesday, May 26, 2021 9:41 AM |
| **To:** | Jean Liu; Theodore Banks |
| **Cc:** | Stefan Dandelles; Maria Preiti; Gabriela Calderon |
| **Subject:** | RE: Mike Anderson Chevrolet of Chicago, LLC v. QBE Insurance Corp. (Re MAC's Responses to QBE's RTP) |

[EXTERNAL SENDER]

Hi Jean:  I am not available until after Memorial Day. I would be available next week the afternoon of June 1, all day June 2nd, 3rd or 4th, and the following week. Having reviewed your letter, and as the parties have discussed the past,  we have provided the information presently available in our possession and control pending additional responses to our third party subpoenas and depositions presently scheduled.  In light of the Court's Order relative to the June 1st deadline, we certainly would not oppose your filing any motion as to the timing of the June 1 deadline following Local Rule 37.2 and the Court's Order.  Eric

**Eric F. Quandt**

**Scharf Banks Marmor LLC**
333 West Wacker Drive, Suite 450
Chicago, IL 60606
Firm: 312-726-6000
Direct: 312-662-6199
Fax: 312-726-6045

**equandt@scharfbanks.com**

www.scharfbanks.com

---

**From:** Jean Liu [mailto:jliu@kdvlaw.com]
**Sent:** Tuesday, May 25, 2021 1:44 PM
**To:** Eric Quandt <equandt@scharfbanks.com>; Theodore Banks <tbanks@scharfbanks.com>
**Cc:** Stefan Dandelles <sdandelles@kdvlaw.com>; Maria Preiti <mpreiti@kdvlaw.com>
**Subject:** Mike Anderson Chevrolet of Chicago, LLC v. QBE Insurance Corp. (Re MAC's Responses to QBE's RTP)

Eric and Ted,

The court's April 19 order provides that motions to compel regarding any alleged written discovery deficiencies are due June 1. In light of same and pursuant to Local Rule 37.2, please advise if you are available today or tomorrow to discuss the written discovery deficiencies set forth in our attached letter. We look forward to hearing from  you.

Thank you,
Jean

**Jean Liu**

*Attorney at Law*



135 South LaSalle St., Suite 2100
Chicago, IL 60603

| | |
|---|---|
| Direct: | 312-376-4747 |
| Cell: | 773-441-6131 |
| Main: | 312-759-1400 |
| Fax: | 312-896-9403 |
| Email: | jliu@kdvlaw.com |

**WWW.KDVLAW.COM**

   

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.

**From:** Jean Liu <jliu@kdvlaw.com>
**Sent:** Friday, April 9, 2021 4:24 PM
**To:** Eric Quandt <equandt@scharfbanks.com>; Theodore Banks <tbanks@scharfbanks.com>
**Cc:** Maria Preiti <mpreiti@kdvlaw.com>; Stefan Dandelles <sdandelles@kdvlaw.com>
**Subject:** Mike Anderson Chevrolet of Chicago, LLC v. QBE Insurance Corp. (Re MAC's Responses to QBE's RTP)

Eric and Theodore,

Please see the attached letter with respect to Mike Anderson Chevrolet of Chicago, LLC's Responses to QBE Insurance Corporation's Requests to Produce. We look forward to hearing from you.


Thank you,
Jean


**Jean Liu**
*Attorney at Law*



135 South LaSalle St., Suite 2100
Chicago, IL 60603

| | |
|---|---|
| Direct: | 312-376-4747 |
| Cell: | 773-441-6131 |

| | |
|---|---|
| Main: | 312-759-1400 |
| Fax: | 312-896-9403 |
| Email: | jliu@kdvlaw.com |

## WWW.KDVLAW.COM

   

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.