# EXHIBIT H

## Jean Liu

| | |
|---|---|
| **From:** | Jean Liu |
| **Sent:** | Tuesday, June 22, 2021 3:34 PM |
| **To:** | Eric Quandt; Theodore Banks |
| **Cc:** | Stefan Dandelles; Maria Preiti; Gabriela Calderon |
| **Subject:** | RE: Mike Anderson Chevrolet of Chicago, LLC v. QBE Insurance Corp. (Re MAC's Responses to QBE's RTP) |

Eric and Ted,

Thanks for your time last Friday. As discussed, I am writing to confirm that we are available on July 8 for a phone call to further discuss the issues raised in our deficiency letter.

We understand that you will be providing a supplemental response to our requests for production this Friday, as well as a draft amended complaint. Please advise if our understanding is incorrect.

Otherwise, we will circulate a calendar invite in the near term for July 8 at 11 AM.


Thank you,
Jean

**From:** Eric Quandt <equandt@scharfbanks.com>
**Sent:** Friday, June 11, 2021 10:03 AM
**To:** Jean Liu <jliu@kdvlaw.com>; Theodore Banks <tbanks@scharfbanks.com>
**Cc:** Stefan Dandelles <sdandelles@kdvlaw.com>; Maria Preiti <mpreiti@kdvlaw.com>; Gabriela Calderon <gcalderon@scharfbanks.com>
**Subject:** RE: Mike Anderson Chevrolet of Chicago, LLC v. QBE Insurance Corp. (Re MAC's Responses to QBE's RTP)

[EXTERNAL SENDER]
Jean:  Thanks.  All have a nice weekend.  Eric

**Eric F. Quandt**

**Scharf Banks Marmor LLC**
333 West Wacker Drive, Suite 450
Chicago, IL 60606
Firm: 312-726-6000
Direct: 312-662-6199
Fax: 312-726-6045

**equandt@scharfbanks.com**

www.scharfbanks.com

**From:** Jean Liu [mailto:jliu@kdvlaw.com]
**Sent:** Friday, June 11, 2021 9:50 AM
**To:** Eric Quandt <equandt@scharfbanks.com>; Theodore Banks <tbanks@scharfbanks.com>

**Cc:** Stefan Dandelles <sdandelles@kdvlaw.com>; Maria Preiti <mpreiti@kdvlaw.com>; Gabriela Calderon <gcalderon@scharfbanks.com>
**Subject:** RE: Mike Anderson Chevrolet of Chicago, LLC v. QBE Insurance Corp. (Re MAC's Responses to QBE's RTP)

Eric,

Thanks for the call earlier. This will confirm what our call next week is moved from next Thursday at 11 AM to next Friday at 11 AM. We will send an updated calendar invite shortly.

Thanks,
Jean

**Jean Liu**
*Attorney at Law*



135 South LaSalle St., Suite 2100
Chicago, IL 60603

Direct:   312-376-4747
Cell:     773-441-6131
Main:     312-759-1400
Fax:      312-896-9403
Email:    jliu@kdvlaw.com

**WWW.KDVLAW.COM**

   

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

Please consider the environment before printing.

**From:** Jean Liu <jliu@kdvlaw.com>
**Sent:** Thursday, June 10, 2021 2:38 PM
**To:** Eric Quandt <equandt@scharfbanks.com>; Theodore Banks <tbanks@scharfbanks.com>
**Cc:** Stefan Dandelles <sdandelles@kdvlaw.com>; Maria Preiti <mpreiti@kdvlaw.com>; Gabriela Calderon <gcalderon@scharfbanks.com>
**Subject:** RE: Mike Anderson Chevrolet of Chicago, LLC v. QBE Insurance Corp. (Re MAC's Responses to QBE's RTP)

Eric, Ted, and Gabriela,

Thank you for your time earlier today. As discussed, please find attached the October 3, 2018 letter you requested, as well as the September 4, 2020 letter I referenced in our call today.

We look forward to further meeting and conferring next Thursday at 11 AM. We will circulate a calendar invite shortly.

Thank you,
Jean

**Jean Liu**
*Attorney at Law*



135 South LaSalle St., Suite 2100
Chicago, IL 60603

Direct:    312-376-4747
Cell:      773-441-6131
Main:     312-759-1400
Fax:       312-896-9403
Email:    jliu@kdvlaw.com

**WWW.KDVLAW.COM**

   

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.

**From:** Eric Quandt <equandt@scharfbanks.com>
**Sent:** Thursday, June 3, 2021 5:36 PM
**To:** Jean Liu <jliu@kdvlaw.com>; Theodore Banks <tbanks@scharfbanks.com>
**Cc:** Stefan Dandelles <sdandelles@kdvlaw.com>; Maria Preiti <mpreiti@kdvlaw.com>; Gabriela Calderon <gcalderon@scharfbanks.com>
**Subject:** Re: Mike Anderson Chevrolet of Chicago, LLC v. QBE Insurance Corp. (Re MAC's Responses to QBE's RTP)

[EXTERNAL SENDER]

Sounds Good...

Get Outlook for Android

**From:** Jean Liu <jliu@kdvlaw.com>
**Sent:** Thursday, June 3, 2021 4:39:54 PM
**To:** Eric Quandt <equandt@scharfbanks.com>; Theodore Banks <tbanks@scharfbanks.com>

**Cc:** Stefan Dandelles <sdandelles@kdvlaw.com>; Maria Preiti <mpreiti@kdvlaw.com>; Gabriela Calderon <gcalderon@scharfbanks.com>
**Subject:** RE: Mike Anderson Chevrolet of Chicago, LLC v. QBE Insurance Corp. (Re MAC's Responses to QBE's RTP)

Eric,

Let's do the 10th at 2 PM. Maria will circulate a calendar invite tomorrow morning.

Thank you,
Jean


**Jean Liu**
*Attorney at Law*



135 South LaSalle St., Suite 2100
Chicago, IL 60603

Direct:   312-376-4747
Cell:     773-441-6131
Main:     312-759-1400
Fax:      312-896-9403
Email:    jliu@kdvlaw.com

**WWW.KDVLAW.COM**

   

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

Please consider the environment before printing.

**From:** Eric Quandt <equandt@scharfbanks.com>
**Sent:** Thursday, June 3, 2021 11:45 AM
**To:** Jean Liu <jliu@kdvlaw.com>; Theodore Banks <tbanks@scharfbanks.com>
**Cc:** Stefan Dandelles <sdandelles@kdvlaw.com>; Maria Preiti <mpreiti@kdvlaw.com>; Gabriela Calderon <gcalderon@scharfbanks.com>
**Subject:** Re: Mike Anderson Chevrolet of Chicago, LLC v. QBE Insurance Corp. (Re MAC's Responses to QBE's RTP)

[EXTERNAL SENDER]
Jean; available 2:00 pm on the 8th and 2:00 pm on the 10th


Get Outlook for Android

4

**From:** Jean Liu <jliu@kdvlaw.com>
**Sent:** Wednesday, June 2, 2021 7:11:00 PM
**To:** Eric Quandt <equandt@scharfbanks.com>; Theodore Banks <tbanks@scharfbanks.com>
**Cc:** Stefan Dandelles <sdandelles@kdvlaw.com>; Maria Preiti <mpreiti@kdvlaw.com>; Gabriela Calderon <gcalderon@scharfbanks.com>
**Subject:** RE: Mike Anderson Chevrolet of Chicago, LLC v. QBE Insurance Corp. (Re MAC's Responses to QBE's RTP)

Thanks , Eric. Will wait for you/Ted to advise on his availability.

**Jean Liu**
*Attorney at Law*



135 South LaSalle St., Suite 2100
Chicago, IL 60603

Direct:     312-376-4747
Cell:       773-441-6131
Main:       312-759-1400
Fax:        312-896-9403
Email:      jliu@kdvlaw.com

# WWW.KDVLAW.COM

   

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.

**From:** Eric Quandt <equandt@scharfbanks.com>
**Sent:** Wednesday, June 2, 2021 2:07 PM
**To:** Jean Liu <jliu@kdvlaw.com>; Theodore Banks <tbanks@scharfbanks.com>
**Cc:** Stefan Dandelles <sdandelles@kdvlaw.com>; Maria Preiti <mpreiti@kdvlaw.com>; Gabriela Calderon <gcalderon@scharfbanks.com>
**Subject:** Re: Mike Anderson Chevrolet of Chicago, LLC v. QBE Insurance Corp. (Re MAC's Responses to QBE's RTP)

[EXTERNAL SENDER]
Jean: This week I have conflicts. I am available next week June 8, 9 or 10 generally anytime. Will check with Ted. Eric
look for Android

**From:** Jean Liu <jliu@kdvlaw.com>
**Sent:** Tuesday, June 1, 2021 4:31:34 PM
**To:** Eric Quandt <equandt@scharfbanks.com>; Theodore Banks <tbanks@scharfbanks.com>

**Cc:** Stefan Dandelles <sdandelles@kdvlaw.com>; Maria Preiti <mpreiti@kdvlaw.com>; Gabriela Calderon <gcalderon@scharfbanks.com>
**Subject:** RE: Mike Anderson Chevrolet of Chicago, LLC v. QBE Insurance Corp. (Re MAC's Responses to QBE's RTP)

Hi Eric,

How is either June 3 at 1 PM or 1:30 PM, or June 4 at 12:30 PM? If neither of those work, please propose some times for the following week.

Thank you,
Jean


**Jean Liu**
*Attorney at Law*



135 South LaSalle St., Suite 2100
Chicago, IL 60603

Direct:   312-376-4747
Cell:     773-441-6131
Main:     312-759-1400
Fax:      312-896-9403
Email:    jliu@kdvlaw.com

# WWW.KDVLAW.COM

     

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.

**From:** Eric Quandt <equandt@scharfbanks.com>
**Sent:** Wednesday, May 26, 2021 9:41 AM
**To:** Jean Liu <jliu@kdvlaw.com>; Theodore Banks <tbanks@scharfbanks.com>
**Cc:** Stefan Dandelles <sdandelles@kdvlaw.com>; Maria Preiti <mpreiti@kdvlaw.com>; Gabriela Calderon <gcalderon@scharfbanks.com>
**Subject:** RE: Mike Anderson Chevrolet of Chicago, LLC v. QBE Insurance Corp. (Re MAC's Responses to QBE's RTP)

[EXTERNAL SENDER]

   Hi Jean:  I am not available until after Memorial Day. I would be available next week the afternoon of June 1, all day June 2nd, 3rd or 4th, and the following week. Having reviewed your letter, and as the parties have discussed the past,  we have provided the information presently

available in our possession and control pending additional responses to our third party subpoenas and depositions presently scheduled. In light of the Court's Order relative to the June 1st deadline, we certainly would not oppose your filing any motion as to the timing of the June 1 deadline following Local Rule 37.2 and the Court's Order. Eric

**Eric F. Quandt**

**Scharf Banks Marmor LLC**
333 West Wacker Drive, Suite 450
Chicago, IL 60606
Firm: 312-726-6000
Direct: 312-662-6199
Fax: 312-726-6045

**equandt@scharfbanks.com**

www.scharfbanks.com

---

**From:** Jean Liu [mailto:jliu@kdvlaw.com]
**Sent:** Tuesday, May 25, 2021 1:44 PM
**To:** Eric Quandt <equandt@scharfbanks.com>; Theodore Banks <tbanks@scharfbanks.com>
**Cc:** Stefan Dandelles <sdandelles@kdvlaw.com>; Maria Preiti <mpreiti@kdvlaw.com>
**Subject:** Mike Anderson Chevrolet of Chicago, LLC v. QBE Insurance Corp. (Re MAC's Responses to QBE's RTP)

Eric and Ted,

The court's April 19 order provides that motions to compel regarding any alleged written discovery deficiencies are due June 1. In light of same and pursuant to Local Rule 37.2, please advise if you are available today or tomorrow to discuss the written discovery deficiencies set forth in our attached letter. We look forward to hearing from you.

Thank you,
Jean

**Jean Liu**
*Attorney at Law*

---


**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

135 South LaSalle St., Suite 2100
Chicago, IL 60603

Direct:   312-376-4747
Cell:     773-441-6131
Main:     312-759-1400
Fax:      312-896-9403
Email:    jliu@kdvlaw.com

---

**WWW.KDVLAW.COM**

   

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.

**From:** Jean Liu <jliu@kdvlaw.com>
**Sent:** Friday, April 9, 2021 4:24 PM
**To:** Eric Quandt <equandt@scharfbanks.com>; Theodore Banks <tbanks@scharfbanks.com>
**Cc:** Maria Preiti <mpreiti@kdvlaw.com>; Stefan Dandelles <sdandelles@kdvlaw.com>
**Subject:** Mike Anderson Chevrolet of Chicago, LLC v. QBE Insurance Corp. (Re MAC's Responses to QBE's RTP)

Eric and Theodore,

Please see the attached letter with respect to Mike Anderson Chevrolet of Chicago, LLC's Responses to QBE Insurance Corporation's Requests to Produce. We look forward to hearing from you.

Thank you,
Jean

**Jean Liu**
*Attorney at Law*



135 South LaSalle St., Suite 2100
Chicago, IL 60603

Direct:    312-376-4747
Cell:      773-441-6131
Main:      312-759-1400
Fax:       312-896-9403
Email:     jliu@kdvlaw.com

**WWW.KDVLAW.COM**

   

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please

notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.