# EXHIBIT K

| | |
|---|---|
| **From:** | Barbara Flores |
| **To:** | Jason Christopoulos |
| **Subject:** | Fwd: Mailing list |
| **Date:** | Monday, January 22, 2018 11:14:38 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | MA Corvette& Camaro list.csv |

---------- Forwarded message ----------
From: **Nick Cornfield** <nick@jnpromosdirect.com>
Date: Fri, Oct 27, 2017 at 11:20 AM
Subject: Mailing list
To: "barbara.flores@mikeandersonchevy.com" <barbara.flores@mikeandersonchevy.com>


Attached you will find the Mailing list per your request, PDF will be over shortly. We outsource the graphics so waiting for her to get back to office And send it.


Regards

Nick




**Nick Cornfield**
*President*
J&N marketing
19139 S. Blackhawk PKWY
Mokena Il 60448  Office 815-464-0004 Cell 708-670-0714




--
Barbara Flores |Controller| Mike Anderson Chevrolet| 5333 W Irving Park Rd |Chicago, IL  60641|773.508.4109 (O)|773.508.4122 (F)