# EXHIBIT M



Judy Arnold <judy.arnold@mikeandersonchevy.com>

## Fwd: wholesale
1 message

**Mike Anderson** <mike@mikeandersonchevy.com>  Fri, Jun 8, 2018 at 8:53 PM
To: Judy Arnold <judy.arnold@mikeandersonchevy.com>

---------- Forwarded message ----------
From: **Mike Anderson** <mike@mikeandersonchevy.com>
Date: Thu, Jan 11, 2018 at 2:21 PM
Subject: wholesale
To: Barbara Flores <barbara.flores@mikeandersonchevy.com>

Barbara,

Who is SIR HOOPTIE that we are wholesaling cars too? I have to approve all wholesalers and I don't recall this one.

Do you have the dealer license / tax exempt form?

Mike

--
Mike Anderson
773-465-2000 Chicago
219-947-4151 Merrillville
773-508-4104 / 312-224-0090 direct


**4MA002_FR_06531.PDF**
8K

MACC 000260