# EXHIBIT P



Are we getting any of the new ZR 1 Corvettes

One I hope. We have sold to the Dr down the street. That's it. They'll be super limited

And you're right Rory I've been doing this for 20 years I need you as a partner and a friend. Not to buy cars. I buy them for money from you. You know that. And I was told not to and I do anyways cause I need money. Be more concerned with going into business not doing business please

I want to make sandwiches and sell cars and make Mike number one

MACC:JK 000098

It's all about the bucks kid

I need all the help I can get thank you. Please sell my cars we need all of it

I'm trying to help you with your inventory help me with mine please. I can't lose these cars I need all the money.

Arena sucks to sell just buy you can rip some under book and make money on traverse impalas and big stuff. Sell at Matteson in the Ally or bank lanes. Unless it's junk then lanes one two or three. You'll hit home runs here in there. That's what we do now with our older stuff.

I'm pulling in to the store go



MACC:JK 000099



MACC:JK 000100



MACC:JK 000101