# EXHIBIT Q

Page 1

```
 1           UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                   EASTERN DIVISION
   - - - - - - - - - - - - - - - - - - - - - - - - - - -
 3  MIKE ANDERSON CHEVROLET OF
    CHICAGO, LLC,
 4
                     Plaintiff,
 5                                      Case No.
        vs.                             1:20-cv-06161
 6
    QBE INSURANCE CORPORATION,
 7
                     Defendant.
 8
   - - - - - - - - - - - - - - - - - - - - - - - - - - -
 9
            VIRTUAL DEPOSITION OF:  HAZEM MUTAWE
10
            TAKEN AT:  The Witness's Residence
11
            LOCATED AT:  2812 Misty Brook Lane
12                     Joliet, Illinois
13                     October 8, 2021
14                   8:02 a.m. to 9:21 a.m.
15        REPORTED BY:  VICKY L. ST. GEORGE, RMR.
16 - - - - - - - - - - - - - - - - - - - - - - - - - - -
17
18
19
20
21
22
23
24
25  JOB NO. 4829724
```

Veritext Legal Solutions

www.veritext.com                                    888-391-3376

Page 2

```
 1            A P P E A R A N C E S
 2   SCHARF BANKS MARMOR, LLC, by
        ERIC F. QUANDT
 3      THEODORE BANKS
        333 West Wacker Drive, Suite 450
 4      Chicago, Illinois 60606
        (312) 726-6000
 5      equandt@scharfbanks.com
        tbanks@scharfbanks.com
 6      Appeared remotely on behalf of the Plaintiff.
 7   KAUFMAN DOLOWIC & VOLUCK, LLP, by
        JEAN Y. LIU
 8      SARAH SUDDARTH
        135 South LaSalle Street, Suite 2100
 9      Chicago, Illinois 60603
        (312) 759-1400
10      jliu@kdvlaw.com
        Appeared remotely on behalf of the Defendant.
11
12            I N D E X
13   WITNESS                              PAGE
14   HAZEM MUTAWE
15   EXAMINATION BY MS. LIU                 3
16
17            E X H I B I T S
18   NUMBER    DESCRIPTION                 PAGE
19   Exhibit 1  Set of Documents, Bates MACCJ&N 1-90  37
20   Exhibit 2  Answer to Subpeona Duces Tecum   44
21
22            R E Q U E S T S
23            (No requests made.)
24   (Original exhibits attached to original transcript.)
25   (Original transcript was delivered to Attorney Liu.)
```

Page 3

```
 1           TRANSCRIPT OF PROCEEDINGS
 2           HAZEM MUTAWE called as a witness herein,
 3      after having been first duly sworn on oath, was
 4      examined and testified as follows:
 5               EXAMINATION
 6   BY MS. LIU:
 7   Q.  Mr. Mutawe, thank you for being with us today.  As you
 8       know, my name is Jean Liu.  I'm an attorney for the
 9       defendant in this lawsuit, QBE Insurance Corporation.
10       Can you for the record state your full name and spell
11       your last name?
12   A.  My full name is Hazem Mutawe.  Last name is M U T A -
13       W E.
14   Q.  Mr. Mutawe, is this your first deposition you've ever
15       given?
16   A.  Yes.
17   Q.  I'm going to go over some just general ground rules
18       just to make this process go a little bit smoother.
19       So the first rule of all is that we have Ms. St.
20       George here typing away everything that we say.  That
21       being said, everything we need to say today needs to
22       be out loud.  No uh-uh or nodding, things like that.
23       Is that okay?
24   A.  Sounds good.
25   Q.  And because we are on zoom, even more importantly, we
```

Page 4

```
 1       have to try our best not to talk over each other.
 2       That sounds simple but often times I might anticipate
 3       your answer, you might anticipate my question.  Just
 4       for the sake of time if we can just let each other try
 5       and finish, I'll do my best if you can do your best.
 6       Is that fair?
 7   A.  Sounds good.
 8   Q.  And if at any point you don't understand my question,
 9       that's okay, just let me know and I will do my best to
10       rephrase it, but I will assume if you answer a
11       question that I ask, you did understand it, okay?
12   A.  Okay.
13   Q.  Now, you understand that you are giving a deposition
14       this morning under oath pursuant to a federal
15       subpoena, right?
16   A.  Yes, I do.
17   Q.  And there is nothing preventing you from testifying
18       truthfully today?
19   A.  Yes.
20   Q.  Correct?  Okay.  I just want a little bit of
21       background from you.  What's your date of birth?
22   A.  September 11, 1984.
23   Q.  And I believe earlier you told the court reporter your
24       current address is 2812 Misty Brook Lane in Joliet,
25       Illinois; is that correct?
```

Page 5

```
 1   A.  Correct.
 2   Q.  Do you have any plans to move in the near future?
 3   A.  No.
 4   Q.  And are you represented by an attorney today?
 5   A.  No.
 6   Q.  Have you done anything to prepare for today's
 7       deposition?
 8   A.  No.
 9   Q.  And other than myself for the purposes of scheduling
10       this deposition and as you know, I sent a copy of the
11       complaint per your request with all counsel copied on
12       that email, have you spoken to anyone else regarding
13       today's deposition?
14   A.  I was reached out by the lawyers yesterday with a
15       phone call, yes.
16   Q.  And what was the extent of that phone call?
17   A.  To ask me some questions regarding today.
18   Q.  What kind of questions?
19   A.  They asked me about Jason K, they asked me about --
20       they explained to me what is going to happen today,
21       and they told me to keep my answers short, yes or no
22       and that's it.
23   Q.  So other than procedurally, and by procedurally I mean
24       kind of keeping your answers short answering the
25       question and just generally how depositions go, what
```

Page 6

1  did you discuss with respect to Jason K?
2  A.  There was an email was sent to me with a piece of
3     mail with my name on it, and I was told that that was
4     a mailer that was done by Jason K but it was not --
5     never sent out.  And then we discussed Mike Anderson
6     and Judy and myself and Barbara Flores who will be --
7     reach out, and we have to give our testimony.  It was
8     maybe five minutes conversation.  It was not that
9     long.  That's about it.
10 Q.  The entire conversation was about five minutes?
11 A.  Give or take, yeah.
12 Q.  Okay.  And you were told that the mailer in question
13    was not sent out, correct?
14 A.  That is correct.  I was asked specifically if I saw
15    that piece of mail, and I said yes, I saw it as a
16    material that was prepared to get mailed out.  I was
17    asked if it went out.  I don't have any idea if it
18    went out or not.
19 Q.  All right.  Do you still have that email that you're
20    referring to?
21 A.  I can open it from my phone real quick.
22 Q.  Would you mind sending that to me, please?
23         While you're doing that, Mr. Mutawe, have
24    you talked to any of the other attorneys -- when you
25    say attorneys, I assume you mean the other attorneys

Page 7

1  on the zoom, correct?
2  A.  Yes.
3  Q.  Have you talked to anybody else besides these two
4     gentlemen?
5  A.  My wife.
6  Q.  And when you spoke to your wife, was it just generally
7     about the fact that you were giving this deposition?
8  A.  Yes.  I'm sorry, what's your email?
9  Q.  It's jliu@kdvlaw.com.
10         And Mr. Mutawe, in the interest of time,
11    I'm going to continue asking a little bit about your
12    background.  Can you just give me an overview of your
13    educational background?
14 A.  I do have a bachelor degree in business management.
15 Q.  And where is that bachelor degree from?
16 A.  Petra University in Jordan, Amman.
17 Q.  And what is your current occupation?
18 A.  I'm a general sales manager at Garber Chevrolet of
19    Highlands.
20 Q.  And how long have you been at Garber Chevrolet?
21 A.  For a year and three months, since July of 2020.
22 Q.  Prior to Garber Chevrolet in July of 2020 where were
23    you employed?
24 A.  I was working with Mike Anderson Chevrolet of
25    Chicago.

Page 8

1  Q.  Do you understand Mike Anderson Chevrolet Chicago is
2     the plaintiff in this lawsuit, correct?
3  A.  Yes.
4  Q.  For brevity I might refer to Mike Anderson Chevrolet
5     of Chicago as just Mike Anderson Chevy, is that okay
6     with you?
7  A.  Yeah.  I just say I used to work in the Chicago
8     location.  I just have to mention that I'm not
9     associated with the Merrillville location.
10 Q.  I understand that when I'm asking you these questions.
11         Mike Anderson Chevrolet of Chicago, how
12    long were you there for?
13 A.  I start working there in July of 2011.
14 Q.  You were there until approximately July of 2020,
15    correct?
16 A.  I think my last day was July 3rd or 2nd.
17 Q.  And what was your position at Mike Anderson Chevy?
18 A.  My last position was a general sales manager.
19 Q.  Were you a general sales manager throughout your
20    tenure at Mike Anderson Chevy?
21 A.  No.  I got promoted in 2015 and it was October.
22 Q.  What did you do before October 2015?
23 A.  I was a sales associate with -- in the same dealer.
24 Q.  Why did you leave Mike Anderson Chevy?
25 A.  Looking for a better opportunity and I moved out of

Page 9

1  Chicago so it was not convenient for me to drive all
2  the way to Chicago.
3  Q.  So would it be accurate to say it was generally on
4     good terms, it was just a better fit for you to move
5     to Garber?
6  A.  Yes.
7  Q.  As general sales manager of Mike Anderson Chicago, can
8     you just give me an overview of your duties?
9  A.  Ordering cars, managing people, desk and deals,
10    calling deals to bank, coordinating with managers to
11    proceed in the sales department.  That's generally
12    what we would do.
13 Q.  As general sales manager were you in charge of both
14    the used cars and the new cars or was it just one or
15    the other?
16 A.  That is correct, used and new.
17 Q.  Give me an idea of the chain of command surrounding
18    you as general sales manager.  Who was your immediate
19    report, direct report up?
20 A.  So usually in any car dealership, not just Mike
21    Anderson, the general sales manager will report to
22    the general manager, and the general manager will
23    report to the owner or the managing partner.
24 Q.  Was that the case during 2015 to 2018 for you?
25 A.  In 2015 I was reporting directly to Mike Anderson.

3 (Pages 6 - 9)