# EXHIBIT R













































11:38

MA

Mike

Well I feel disappointed. Also , have the best of the best guys in my fold. I know you like results and I can build that team but it cost money and when you're not making any it's tough. The extra 3 to 5 k per guy will make a world of difference. I wanted to prove to myself I could make a difference with the current staff and we did. 2017 not so much and we had unforeseen circumstances. I started off as a used car manager and still try to juggle. A GM is involved in every department daily. Maximize motivating and goal placing and holding them to it. If not we find someone who can. We don't speak much and it makes it tough. Not necessary but key. I know you have allot going on right now and you deserve the best. I am one of them but have been in a dual role with is different setup. In closing you have a tough but great business. I can make some changes with personnel and get me doing what I do. If we continue to do what we always do we will get what we've been getting. We can build the Yankees but we have

iMessage







