# EXHIBIT S



**Kaufman Dolowich & Voluck, LLP**
135 S. LaSalle Street, Suite 2100
Chicago, Illinois 60603

Main: (312) 646-6744
Fax: (312) 896-9403

www.kdvlaw.com

**Stefan R. Dandelles**
Email:      sdandelles@kdvlaw.com
Direct:     (312) 646-6742
Mobile:    (312) 206-4976

November 4, 2021

**VIA EMAIL**

Eric Quandt
Theodore Banks
Scharf Banks Marmor LLC
333 West Wacker Drive, Suite 450
Chicago, IL 60606
equandt@scharfbanks.com
tbanks@scharfbanks.com

Re:     *Mike Anderson Chevrolet of Chicago, LLC v. QBE Insurance Corporation*; 1:20-cv-06161

Counsel:

As per the Court's October 29, 2021 Order, the outstanding discovery in the form of Defendant's Second and Third Requests for Production and First Set of Interrogatories are hereby withdrawn. Please see attached Defendant QBE Insurance Corporation's First Set of Requests for Admission, Second Set of Requests for Production, and First Set of Interrogatories to Plaintiff, Mike Anderson Chevrolet of Chicago, LLC in the above referenced matter. Please note that Defendant maintains its position that Plaintiff's responses to Defendant's First Set of Requests for Production remain deficient and Defendant plans to file a motion to compel with respect to documents that should have been produced but have not been. The discovery attached hereto does not and is not intended to supersede such prior outstanding discovery.

All rights, remedies and defenses remain fully reserved.

Very truly yours,

Kaufman Dolowich & Voluck, LLP

Stefan R. Dandelles
Managing Partner – Chicago Office

Encl.

4868-0687-2322, v. 1