# EXHIBIT U

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC. ) ) ) | |
| Plaintiff ) ) | Case No.: 1:20-cv-06161 |
| v. ) ) | Judge Franklin U. Valderrama |
| QBE INSURANCE CORPORATION ) ) | Magistrate Judge Sunil R. Harjani |
| Defendant. ) ) | |

### MIKE ANDERSON CHEVROLET OF CHICAGO, LLC'S RESPONSE TO QBE INSURANCE COPORATION'S SECOND SET OF REQUESTS FOR PRODUCITON

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff Mike Anderson Chevrolet of Chicago, LLC, by and through its attorneys, respond to Defendant QBE Insurance Corporation's Second Set of Requests for Production as follows:

1. All documents related to any co-op program applications, submissions, or reimbursements from 2016 through 2018, as pertaining to any advertising or marketing prepared by J&N Marketing. For the avoidance of doubt, this request includes any documents or information with and/or accessible via the GM Global website, Chevrolet website, or any other portal or website accessible to MACC.

**RESPONSE:** These records are not retained by MACC and were requested from GM. On November 24, 2021, General Motors produced a record of all payments to Mike Anderson Chevrolet from 2016 through 2018, the documents show that there were no payments made based on promotional work allegedly done by J&N or TKC.

2. All documents related to the initial sale prices set by MACC and any subsequent sale prices approved by MACC for all vehicles at issue in the Transactions.

**RESPONSE:** There are no additional documents relating to initial sale prices. MACC produced all records initially requested by QBE and does not retain inventory records for more than 12 months after a wholesale sale and 24 months after a retail sale.

3. All documents reflecting MACC's accounting treatment and allocation of funds as between itself and any insurer on the sale of any insurance product, including but not limited to gap protection, extended service plan, or warranty plan, included with the sale of all vehicles MACC purchased from Sir Hooptie and Epic in 2016 through 2018

**RESPONSE:** Transaction documents relating to automobiles purchased by Jason Kolodzinski as initially requested by QBE insurance show all insurance information have been produced. Insurance transactions are not relevant to the sale pricing information of the car sale.

4. All documents related to all vehicles MACC purchased from Epic in 2016 through 2018, including "deal jackets" and their complete contents and all-sale information.

**RESPONSE:** Transaction documents relating to vehicles purchased from Epic in 2016-2018 by Jason Kolodzinski as initially requested by QBE Insurance show all relevant sale information and have been produced.

5. All documents regarding the Chevrolet Corvette bearing VIN No.1G1YK32D70H5103027, including all documents regarding its sale and handling by MACC.

**RESPONSE:** The trade-in value of this car was $50,000. Jason Kolodzinski wanted to obtain a Maserati for his wife that would cost approximately $60,000, so, without advising anyone else at MACC, he valued the Corvette at $60,000. He also concealed the preexisting damage to the Corvette, which further reduced its value. Attached is a document containing the following information from MACC's records:

1. Kolodzinski customer purchase order showing a trade price of $60901.93
2. Autosky detail invoice for $85.00
3. Repair orders totaling $2,218.04 (ro# P97731, I97601, I91467, I89768)
4. Magdalena Garcia's customer purchase order showing a purchase price of $52,735.69 ($54,333.69 less the cost of the extended warranty)
5. Copy of commission summary showing sales representative was paid $450.00

Dated: December 6, 2021,	Respectfully submitted by:

MIKE ANDERSON CHEVROLET OF CHICAGO, LLC

By:	/s/ Eric F. Quandt
One of Its Attorneys
Theodore L. Banks #107336
Eric F. Quandt #2267519
Attorney for Plaintiff
SCHARF BANKS MARMOR LLC
333 West Wacker Drive, Suite 450
Chicago, Illinois 60606
(312) 726-6000
tbanks@scharfbanks.com
equandt@scharfbanks.com



**Mike Anderson Chevrolet**

Mike Anderson Chevrolet of Merrillville, Inc.
1550 East 61st Avenue • Merrillville, IN 46410
Phone (219) 947-4151 • Toll Free (888) 947-4151
Fax (219) 942-0409

Mike Anderson Chevrolet of Chicago, LLC
5333 W. Irving Park Road • Chicago, IL 60641
Phone (773) 465-2000
Fax (773) 505-4122

# CUSTOMER ORDER

HOUSE, SALES — SLSP # 1
KOLODZINSKI, JA — SALES MANAGER
DE LUNA, ROLAN — BUSINESS MANAGER

DATE: 01/12/2018
CUSTOMER NO: 380333

| CUSTOMER NAME | CO-CUSTOMER'S NAME |
|---|---|
| JASON KOLODZINSKI | |
| **ADDRESS** 2593 CANYON DR | **ADDRESS** |
| **CITY STATE ZIP** PLAINFIELD IL 60586-5922 | **CITY STATE ZIP** |
| **HOME PHONE** (815) 545-4943 **WORK PHONE** (773) 465-2000 | **HOME PHONE** **WORK PHONE** |
| **CELL PHONE** | **CELL PHONE** |

| NEW/USED | YEAR | MAKE | MODEL | SERIES |
|---|---|---|---|---|
| USED | 2017 | MASERATI | LEVANTE | |
| **STOCK NO.** CP3979 | **COLOR** WHITE | **BODY** 4DR SUV | **VIN NO.** ZN661XUAXHX226986 | **MILEAGE** 6801 |

| OPTIONS INCLUDED IN PRICE | | |
|---|---|---|
| | PURCHASE PRICE (INCLUDING OPTIONS) | $61,401.93 |
| | TRADE IN ALLOWANCE | $60,901.93 |
| | SALES TAX | $51.00 |
| | STATE TITLE FEE | $95.00 |
| | XXXXXX PLATE/TRANSFER | $50.00 |
| | DOCUMENT FEE | $175.94 |
| | XXXXXXXXX BOOK CO FEE | N/A |
| | ESTIMATED PAYOFF ON TRADE | $60,901.93 |
| | GOOD UNTIL ___/___/___ TO: US BANK | |
| **CONDITIONS** | TOTAL DUE | $61,773.87 |
| | REBATE | N/A |
| | REBATE | N/A |
| | REBATE | N/A |
| | DEPOSIT | N/A |
| | TOTAL OF CASH TO BE PAID | N/A |
| | BALANCE TO FINANCE | $61,773.87 |

### TRADE IN INFORMATION

| YEAR | MAKE | MODEL | SERIAL NO. | MILEAGE |
|---|---|---|---|---|
| 2017 | CHEVROLET | CORVETTE | 1G1YK3D70H5103027 | 8992 |

____/____ (initials) ARBITRATION AND NO ORAL REPRESENTATIONS: Customer agrees to be bound by the Arbitration Agreement referenced on the reverse side of this Order. Employees, salespersons and managers are not authorized to make any oral representations, agreements or promises about your Vehicle that are not in writing. Any oral representation, agreement or promise not in writing is not binding on Dealer.

____/____ (initials) FINANCING. Dealer intends to assign to a third party lender the retail installment contract executed by Customer for the purchase of the Vehicle. Customer understands and agrees that Dealer SHALL NOT BE OBLIGATED TO SELL the Vehicle to him/her/it unless a third party lender accepts the retail installment contract signed by the Customer. The Order and retail installment contract may be cancelled at any time by Dealer, if Dealer determines in its sole discretion that it cannot obtain third party lender approval and may be cancelled by either party within twenty



agrees to provide Dealer with a true, correct and complete [illegible] In the event the Order is terminated as provided herein, Customer agrees to return the Vehicle to Dealer [illegible] Dealer is solely relying on the accuracy of such information. In the event the Order is terminated as provided herein, Customer agrees to return the Vehicle to Dealer within twenty-four (24) hours of such request. Without waiving any other rights herein or under applicable law, upon termination of this Order pursuant to this section, Dealer shall return any deposit to Customer. In the event that Customer does not return the Vehicle as required herein, the Dealer may repossess the Vehicle and Customer shall be liable for all costs, expenses and reasonable attorneys' fees incurred by Dealer related thereto, and such repossession.

NEW VEHICLE WARRANTY AND DISCLAIMERS. Customer acknowledges receiving a copy of the manufacturer's warranty applicable to the Vehicle. Dealer is not a party to any such warranty and only the manufacturer has any duties or liabilities thereunder. DEALER EXPRESSLY DISCLAIMS AND EXCLUDES ANY AND ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, WITH RESPECT TO THE VEHICLE SOLD HEREUNDER, INCLUDING ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

USED VEHICLE "AS IS". The Customer has not made Dealer aware of any special or particular purpose for which he/she/it intends to use the Vehicle and is not relying on Dealer's skill or judgment to furnish the Vehicle for any such purpose. Customer has had or was given the opportunity to have the used Vehicle inspected and the condition of the used Vehicle meets with Customers approval and is being accepted by the Customer in its "AS IS" condition.

LIMITATION AND DURATION OR IMPLIED WARRANTIES. To the extent that implied warranties cannot be disclaimed by applicable law, Dealer hereby limits the period of any implied warranties, including warranties of merchantability and/or fitness for a particular purpose for the duration of the service contract and/or warranty that is provided with the Vehicle.

FTC WINDOWS STICKER. The information on the window form ("Buyers Guide") for the Vehicle is a part of this Order. If there is an inconsistency between the Buyers Guide and this Order, the terms and conditions of the Buyers Guide shall control.

TRADE IN PAYOFF. Customer agrees that the trade-in information is true and accurate. If the payoff balance on the trade-in vehicle is greater than the amount shown above, Customer agrees to pay the difference to Dealer upon demand. If the payoff is balance is less, Dealer shall pay the difference to Customer.

NON-CANCELLABLE. This transaction is non-cancellable after the Dealer and Customer sign this Order except as otherwise provided herein.

THIS ORDER IS SUBJECT TO CORRECTION OF ANY MATHEMATICAL ERRORS BY SALES OR OFFICE PERSONNEL. I CERTIFY THAT I AM 18 YEARS OF AGE OR OLDER. I ACKNOWLEDGE THAT I HAVE READ THE TERMS ON BOTH SIDES OF THIS ORDER AND THAT I HAVE RECEIVED A COPY OF THIS ORDER. I ACKNOWLEDGE THAT THIS ORDER CONTAINS NO BLANK SPACES AT THE TIME OF SIGNING

CUSTOMER SIGNATURE

DEALERSHIP AUTHORIZED MANAGER

CUSTOMER SIGNATURE

CONDITIONS

It is further understood and agreed:

The sale on the reverse side hereof is subject to the following terms and conditions which have been mutually agreed upon:

DEFINITIONS. As used in this Order the terms (a) "Dealer" shall mean the dealership that owns or has a right to sell the Vehicle being sold by its authorized representative; (b) "Customer" shall mean the party(ies) named on the reverse side as customer and, if applicable, co-customer. (c) "Manufacturer" shall mean the entity that manufactured the Vehicle or chassis, it being understood by Customer that Dealer is not the agent of Manufacturer; and (d) "Vehicle" shall mean the vehicle being purchased by Customer listed on the reverse side of this Order

TRADE-IN ALLOWANCE. The gross trade-in allowance shown on the reverse side may not represent the actual cash value of the Customer's trade-in. Customer acknowledges that he/she may have received [illegible] purchase price of the Vehicle. In the event of any dispute between Customer and Dealer as it may relate to [illegible] Dealer's only obligation [illegible] the actual cash value at wholesale thereof.

TRADE-IN VEHICLE CONDITION. Customer warrants that [illegible] ever sustained damage to its frame, unibody or been in a flood. The Customer also warrants that the trade-in has never been used as a livery, taxi, or rental vehicle, has never had a cracked or welded engine block, and that the air bags are the original factory-installed equipment and in proper working condition.

SALVAGE TITLE. Customer represents and warrants that the Certificate of Title to the trade-in vehicle hereunder is not a salvage, lemon or rebuilt Title or does not have any other type of status or specific nomenclature on the Certificate of Title which might, whether with or without Customer's knowledge, in any way alter or diminish the title to the trade-in vehicle, or in any way reduce the value of the trade-in vehicle as determined in the sole discretion of Dealer.

INDEMNITY. Customer agrees to indemnify and hold Dealer, its directors, officers, agents, and employees harmless from any and all claims of liability and expenses, including but not limited to, injury to person or property, loss of profit and reasonable attorneys fees, arising out of or in connection with any breach of the Customer's warranties, representations, and agreements contained in this Order, including but not limited to, the representations concerning the trade-in vehicle.

FAILURE TO DELIVER TRADE-IN VEHICLE OR TITLE. If Customer fails to deliver the trade-in vehicle or good title to such vehicle on or before the time the Vehicle is delivered to Customer, this Order shall remain in full force and effect unless cancelled by the Dealer except that at the election of the Dealer, there shall be immediately due and payable from the Customer the amount of the used car allowance in cash plus applicable taxes

TRADE-IN VEHICLE MODIFICATIONS AND EMISSIONS. Customer warrants that he/she has not modified the trade-in vehicle in any way which would violate any state, federal or local laws or regulations, including, but not limited to, Vehicle Emissions Law, regulations promulgated by the U.S. Department of Transportation and the U.S. Environmental Protection Agency, and safety regulations and that he/she does not know, or have reason to know, of any such modifications.

ODOMETER TRADE-IN VEHICLE. Customer warrants that the odometer on the trade-in vehicle has not been altered, set back, disconnected or replaced. Customer further agrees to indemnify and hold Dealer harmless for any liability resulting from any odometer inconsistencies or errors that occurred prior to the delivery of the trade-in vehicle to Dealer.

SECURITY INTEREST IN TRADE-IN. By signing this Order, Customer grants to Dealer a security interest in the trade-in vehicle to secure Customer's obligations under this Order and the other documents executed herewith. In the event of a breach of the Order by the Customer, Dealer may exercise all rights of a secured party under the Uniform Commercial Code with respect to the trade-in vehicle. Customer agrees to execute any and all documents reasonably required by Dealer to perfect Dealer's security interest.

PROMISSORY NOTE/ADDITIONAL CHARGES. Any additional sums due pursuant to the terms of this transaction may be evidenced by a promissory note executed by Customer in favor of Dealer. In the event any payment made by Customer to Dealer is in the form of a check which is dishonored for any reason, Customer shall pay a service charge to Dealer in the amount of $100.00 plus any and all other compensatory and any other [illegible]

**Mike Anderson Chevrolet of Chicago, LLC.**
5833 W. Irving Park Rd. • Chicago, IL 60641
Telephone: (773) 465-2000
www.mikeandersonchevy.com

| PO# | Date | Purchaser | Vendor | MAD |
|---|---|---|---|---|
| 063178 | 01/19/18 | MUTAWE, HAZEM | AUTOSKY DETAIL INC | 100278 |

**Vendor Information**

AUTOSKY DETAIL INC
1285 PRAIRIE PROOF DR. # A1
PALATINE, IL 60074

**For Office Use**

**Additional Information**

NOTE: DETAIL

| For Office Use | | Item/Description | Extended Price |
|---|---|---|---|
| 240 | 9899 | DETAIL | 85.00 |
| | STK# 0CP3979A | '17 CHEVROLET CORVETTE 1G1YK3D70H5103027 | |

1811A

| Freight | | Tax | Total |
|---|---|---|---|
| .00 | | .00 | 85.00 |

Authorized

CUSTOMER



**Mike ANDERSON CHEVROLET OF CHICAGO, LLC.**

5301 W. Irving Park Rd. • Chicago, IL 60641
Telephone: (773) 465-2000
Service Direct Line: (773) 508-4100
www.mikeandersonchevy.com
LIC# 339714

All new or remanufactured GM Parts and Accessories installed by Service Agent are covered, parts and labor, for any remaining unused portion of the Vehicle or Emissions Warranty or 12 months regardless of mileage, whichever is greater. The original Job Card or sales slip is required for warranty eligibility. The Limited Warranty does not cover damage caused as the result of any of the following: collision, fire, theft, freezing, vandalism, riot, explosion, or from objects striking the vehicle, misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the Owner's Manual. Alteration, modification or tampering to the vehicle including, but not limited to the body, chassis, powertrain, driveline, or components after final assembly by GM, coverage's do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined. Water or fluid contamination, damage resulting from hail, floods, windstorms, lightning and other environmental conditions, alteration of glass parts by application of tinting films.

| Adv: 114 HAZEM S MUTANE | Tag 3000 | License A | 1G1YK3D70 H5103027 | Page 1 (Last) Invoice I89768 |
|---|---|---|---|---|

| Invoice to | Driver/Owner Information |
|---|---|
| 0CP3979A | 0CP3979A |

| For office use | Vehicle Information |
|---|---|
| Odometer in: 9272  Out: 9274  Dist: GMP INT I  Final | 17 CHEVROLET CORVETTE Z51 1LT 2DR CNV WHITE |
| | Stock#: 0CP3979A |
| Begin: 01/18/18  Done: 01/24/18  Invoiced: 01/24/18 11:33 TI | Inservice: 05/06/17 |

**Customer Concern**

| Concern 24 | PERFORM MULTI-POINT INSPECTION, NON CERTIFIED GM VEHICLE MAKE SURE VEHICLE HAS FRONT LICENSE PLATE BRACKET | Operation | Tech | Amount |
|---|---|---|---|---|
| Cause | PERFORM MULTI-POINT INSPECTION, NON CERTIFIED GM VEHICLE. | MULTIGMNOCER | 491 * | 115.00 |
| Correction | PERFORMED MULTI-POINT INSPECTION, NON CERTIFIED GM VEHICLE | | | |
| Tech Notes | PERFORMED MULTI-POINT INSPECTION WITH ENGINE OIL AND FILTER CHANGE. | | | |
| Parts | Part Number         POF   Note   Description | Qty. | Sell | |
| | 000  019328339              FILTER | 1 | 4.95 | 4.95 |
| | 000  088865839              DEXOS 5W-30 | 11 | 3.95 | 43.45 |
| Type: I | | Total Charge for Concern | | 163.40 |

| Summary of Charges for Invoice I89768 | | Payment Distribution for Invoice I89768 | |
|---|---|---|---|
| Parts | 4.95 | TOTAL CHARGE | 189.54 |
| Gas-Oil-Grease | 43.45 | | |
| Supplies | 26.14 | INTERNAL | 189.54 |
| Labor-Mechanical | 115.00 | | |
| TOTAL CHARGE | 189.54 | | |

USED CAR SAFETY
  Estimate    190.00

**EXCLUSION OF WARRANTIES**
Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied, and disclaims all warranties, including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased, and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer, include, but are not limited to any warranties that such parts and/or accessories are of merchantable quality or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency, or comfort.

X _____

UCS02004                                                                                      CUSTOMER



5301 W. Irving Park Rd. • Chicago, IL 60641
Telephone: (773) 465-2000
Service Direct Line: (773) 508-4100
www.mikeandersonchevy.com
LIC# 339714

All new or remanufactured GM Parts and Accessories installed by Service Agent are covered, parts and labor, for any remaining unused portion of the Vehicle or Emissions Warranty or 12 months regardless of mileage, whichever is greater. The original Job Card or sales slip is required for warranty eligibility. The Limited Warranty does not cover damage caused as the result of any of the following: collision, fire, theft, freezing, vandalism, riot, explosion, or from objects striking the vehicle, misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the Owner's Manual. Alteration, modification or tampering to the vehicle including, but not limited to the body, chassis, powertrain, driveline, or components after final assembly by GM, coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined. Water or fluid contamination, damage resulting from hail, floods, windstorms, lightning and other environmental conditions, alteration of glass parts by application of tinting films.

| Adv: 403 TIMOTHY JENNEY | TAG 4400 | License A | 1G1YK3D70 H5103027 | Page 1 (Last) Invoice 191467 |
|---|---|---|---|---|

**Invoice to**
0CP3979A

**Driver/Owner Information**
0CP3979A

**For Office Use**

| Odometer In: 9275 | Out: 9275 | Dist: GMP INT I | Final |
|---|---|---|---|

**Vehicle Information**
17 CHEVROLET CORVETTE Z51 1LT 2DR CNV WHITE
Stock#: 0CP3979A

| Begin: 02/28/18 | Done: 02/28/18 | Invoiced: 02/28/18 16:30 T1 | Inservice: 05/06/17 |
|---|---|---|---|

**Customer Concern**

| Concern S1 | REMOVE PANELS FROM TRUNK SECTION FOR INSPECTION | Operation | Tech | Amount |
|---|---|---|---|---|
| Cause | FOR INSPECTION REASONS, BATTERY, FUSE BOX, INTERIOR PANELS WERE REMOVED | PANEL | 487 | 345.00 |
| Correction | REMOVED ALL BEFORE HAND MENTIONED ITEMS FOR TRUNK AREA INSPECTION AND CLEANED REAR OF VEHICLE | | | |
| Tech Notes | CUSTOMER REQUESTS TO REMOVE THE REAR TRUNK PANELS, BATTERY, FUSE BOX, COMPUTERS TO GAIN ACCESS TO INSPECT THE TRUNK AREA | | | |
| Type: I | | Total Charge for Concern | | 345.00 |

**Summary of Charges for Invoice 191467**

| supplies | 34.95 |
| Labor-Mechanical | 345.00 |
| TOTAL CHARGE | 379.95 |

**Payment Distribution for Invoice 191467**

| TOTAL CHARGE | 379.95 |
| INTERNAL | 379.95 |

**EXCLUSION OF WARRANTIES**
Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied, and disclaims all warranties, including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased; and that in no event shall dealer be liable for incidental or consequential damages of commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer, include, but are not limited to any warranties that such parts and/or accessories are of merchantable quality or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency, or comfort.

X _[signature]_

UCS82004

CUSTOMER



5901 W. Irving Park Rd. • Chicago, IL 60641
Telephone: (773) 465-2000
Service Direct Line: (773) 508-4100
www.mikeandersonchevy.com
LIC# 339714

All new or remanufactured GM Parts and Accessories installed by Service Agent are covered, parts and labor, for any remaining unused portion of the Vehicle or Emissions Warranty or 12 months regardless of mileage, whichever is greater. The original Job Card or sales slip is required for warranty eligibility. The Limited Warranty does not cover damage caused as the result of any of the following: collision, fire, theft, freezing, vandalism, riot, explosion, or from objects striking the vehicle, misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the Owner's Manual. Alteration, modification or tampering to the vehicle including, but not limited to the body, chassis, powertrain, driveline, or components after final assembly by GM, coverage's do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined. Water or fluid contamination, damage resulting from hail, floods, windstorms, lightning and other environmental conditions, alteration of glass parts by application of tinting films.

| Adv: 405 TIMOTHY JENNEY | | Tag 3907 | License A | 1G1YK3D70H5103027 | Page 1 (Last) | Invoice 197601 |
|---|---|---|---|---|---|---|
| **Invoice ID** | | | | **Driver/Owner Information** | | |
| 0CP3979A | | | | 0CP3979A | | |
| **For Office Use** | | | | **Vehicle Information** | | |
| Odometer in: 9384 | Out: 9384 | Disc: GMF INT I | Final | 17 CHEVROLET CORVETTE Z51 1LT 2DR CNV WHITE | | |
| | | | | Stock#: 0CP3979A | | |
| Begin: 07/20/18 | Done: 07/21/18 | Invoiced: 07/21/18 12:36 T1 | | Inservice: 05/06/17 | | Sold: 07/21/18 |

***Customer Waiting***

| Concern 51 | CUSTOMER STATES THE WHEN THE CAR GOES IN REVERSE THE SCREEN GOES BLACK | Operation | Tech | Amount |
|---|---|---|---|---|
| Cause | FOUND CAMERA DISCONNECTED | CAMERA | 477 | 230.00 |
| Correction | REMOVED REAR BUMPER AND RE-INSTALLED CAMERA | | | |
| Tech Notes | . | | | |
| Comment | VERIFIED ISSUE, OK TO PROCEED WITH WARR, REPAIR, UNLESS DETERMINED OTHERWISE AFTER DIAG. JOE FRICANO-07/20/18 01430. | | | |
| | Manager Approval 1: 07/20/18 14:31 FRICANJO | | | |
| | Manager Approval 2: 07/20/18 14:31 FRICANJO | | | |
| Type: I | | Total Charge for Concern | | 230.00 |

| Summary of Charges for Invoice 197601 | | Payment Distribution for Invoice 197601 | |
|---|---|---|---|
| Supplies | 34.95 | TOTAL CHARGE | 264.95 |
| Labor-Mechanical | 230.00 | INTERNAL | 264.95 |
| TOTAL CHARGE | 264.95 | | |

***Customer Waiting***

NASSAR OKED REPAIRS

**EXCLUSION OF WARRANTIES**
Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied, and disclaims all warranties, including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased; and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer include, but are not limited to any warranties that such parts and/or accessories are of merchantable quality or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency, or comfort.

X _[signature]_

UC582004                                                                                    CUSTOMER



5301 W. Irving Park Rd. • Chicago, IL 60641
Telephone: (773) 465-2000
Service Direct Line: (773) 509-4100
www.mikeandersonchevy.com
LIC# 339714

All new or remanufactured GM Parts and Accessories installed by Service Agent are covered, parts and labor, for any remaining unused portion of the Vehicle or Emissions Warranty or 12 months regardless of mileage, whichever is greater. The original Job Card or sales slip is required for warranty eligibility. The Limited Warranty does not cover damage caused as the result of any of the following: collision, fire, theft, freezing, vandalism, riot, explosion, or from objects striking the vehicle, misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the Owner's Manual. Alteration, modification or tampering to the Vehicle including, but not limited to the body, chassis, powertrain, driveline, or components after final assembly by GM, coverage's do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined. Water or fluid contamination, damage resulting from hail, floods, windstorms, lightning and other environmental conditions, alteration of glass parts by application of tinting films.

| Adv: 405 TIMOTHY JENNEY | | Tag 0002 | License A | 1G1YK3D70 H5103027 | Page 1 (Last) Invoice P97731 |
|---|---|---|---|---|---|

| Invoice To | Driver/Owner Information |
|---|---|
| GARCIA, MAGDALENA (MS)<br>7922 S LOREL AVE<br>BURBANK, IL 60459<br>jgarcia_0310759@yahoo.com<br>Cell: (708) 724-9320 Home: (708) 670-8441 | GARCIA, MAGDALENA (MS)<br>7922 S LOREL AVE<br>BURBANK, IL 60459<br>jgarcia_0310759@yahoo.com<br>Cell: (708) 724-9320 Home: (708) 670-8441 |

| For Office Use | Vehicle Information |
|---|---|
| Odometer In: 9385  Out: 9385  Dist: GMP IMO P  Final | 17 CHEVROLET CORVETTE Z51 1LT 2DR CNV WHITE |
| | Stock#: OCP3979A |
| Begin: 07/24/18  Done: 07/24/18  Invoiced: 07/24/18 18:43 KP | Inservice: 05/06/17  Sold: 07/21/18 |

Customer Concern

| Concern 34 | MVILLE BODY WORK--REPAIRED FRONT AND REAR BUMPER COVERS | | | Operation Tech | Amount |
|---|---|---|---|---|---|
| Cause | REPAIRED FRONT AND REAR BUMPER COVERS | | | MERRILLVILLE 999 | 0.00 |
| Correction | REPAIRED FRONT AND REAR BUMPER COVERS | | | | |
| Parts | Part Number | PD# Note | Description | Qty | Sell |
| | | 085357 | MIKE ANDERSON OF MER | 1 | 1383.60  1383.50 |
| | AUTH NUM 1. PERNEDWE | | | | |
| Type: IP | Line Flags: W01 | | | Total Charge for Concern | 0.00 |

| Summary of Charges for Invoice P97731 | | Payment Distribution for Invoice P97731 | |
|---|---|---|---|
| Sublet Repairs | 1383.60 | | |
| We-Owe Offset | 1383.60- | WRITE OFF USED CARS | 0.00 |
| TOTAL CHARGE | 0.00 | TOTAL CHARGE | 0.00 |

PREFERRED TREATMENT

**EXCLUSION OF WARRANTIES**

Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied, and disclaims all warranties, including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased; and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer, include, but are not limited to any warranties that such parts and/or accessories are of merchantable quality or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency, or comfort.

X _____

VCS82004.                                                                                                                                    CUSTOMER

# Mike ANDERSON CHEVROLET

Mike Anderson Chevrolet of Merrillville, Inc.
1550 East 61st Avenue • Merrillville, IN 46410
Phone (219) 947-4151 • Toll Free (888) 947-4151
Fax (219) 942-0499

Mike Anderson Chevrolet of Chicago, LLC
5333 W. Irving Park Road • Chicago, IL 60641
Phone (773) 465-2000
Fax (773) 509-4132

## CUSTOMER ORDER

| | |
|---|---|
| HERNANDEZ, CECI<br>SLSP #1 | 07/21/2018<br>DATE |
| MUTAWE, HAZEM S<br>SLSP #2<br>SALES MANAGER | 387994<br>CUSTOMER NO.<br>REMBOSKI, DANII<br>BUSINESS MANAGER |

| CUSTOMER NAME | CO-CUSTOMER'S NAME |
|---|---|
| MAGDALENA GARCIA | |
| **ADDRESS** 7922 S LOREL AVE | **ADDRESS** |
| **CITY STATE ZIP** BURBANK IL 60459 | **CITY STATE ZIP** |
| **HOME PHONE** (708) 670-8441 **WORK PHONE** | **HOME PHONE** **WORK PHONE** |
| **CELL PHONE** (708) 724-9320 | **CELL PHONE** |

| NEW/USED | YEAR | MAKE | | MODEL | | SERIES |
|---|---|---|---|---|---|---|
| USED | 2017 | CHEVROLET | | CORVETTE | | |
| STOCK NO. | COLOR | | BODY | VIN NO. | | MILEAGE |
| CP3979A | WHITE | | 2DR CNV | 1G1YK3D70H5103027 | | 9385 |

| OPTIONS INCLUDED IN PRICE | | |
|---|---|---|
| | PURCHASE PRICE (INCLUDING OPTIONS) | $ 54,333.69 |
| | TRADE IN ALLOWANCE | $ N/A |
| | SALES TAX | $ 4,367.37 |
| EXT-SERVICE PLAN/NOT-TAXED 1,598.00 | STATE TITLE FEE | $ 95.00 |
| | ~~TIRE TAX~~ PLATE/TRANSFER | $ 126.00 |
| | DOCUMENT FEE | $ 175.94 |
| | ~~TITLE PROCESSING FEE~~ COOK CO FEE | $ N/A |
| | ESTIMATED PAYOFF ON TRADE | $ N/A |
| | GOOD UNTIL __/__/__ TO: | |
| **CONDITIONS** | TOTAL DUE | $ 59,098.00 |
| | REBATE | $ N/A |
| | REBATE | $ N/A |
| | REBATE | $ N/A |
| | DEPOSIT | $ 1,590.00 |
| | TOTAL OF CASH TO BE PAID | $ 1,593.00 |
| | BALANCE TO FINANCE | $ |

Handwritten: 1598-  5275.69  sale price

| TRADE IN INFORMATION | | | | |
|---|---|---|---|---|
| YEAR | MAKE | MODEL | SERIAL NO. | MILEAGE |

_____/_____ (initials) **ARBITRATION AND NO ORAL REPRESENTATIONS:** Customer agrees to be bound by the Arbitration Agreement referenced on the reverse side of this Order. Employees, salespersons and managers are not authorized to make any oral representations, agreements or promises about your Vehicle that are not in writing. Any oral representation, agreement or promise not in writing is not binding on Dealer.

_____/_____ (Initials) **FINANCING.** Dealer intends to assign to a third party lender the retail installment contract executed by Customer for the purchase of the Vehicle. Customer understands and agrees that Dealer SHALL NOT BE OBLIGATED TO SELL the Vehicle to him/her/it unless a third party lender accepts the retail installment contract signed by the Customer. The Order and retail installment contract may be cancelled at any time by Dealer, if Dealer determines in its sole discretion that it cannot obtain third party lender approval and may be cancelled by either party within twenty one (21) days hereafter if such approval is not obtained on the agreed terms within such time. Additional terms may apply as set out in the retail installment contract and/or a finance rider. Customer agrees to provide Dealer with a true, correct and complete credit application and cooperate fully in obtaining financing, including providing supporting documentation and Customer acknowledges that Dealer is solely relying on the accuracy of such information. In the event the Order is terminated as provided herein, Customer agrees to return the Vehicle to Dealer within twenty four (24) hours of such request. Without waiving any other rights herein or under applicable law, upon termination of this Order pursuant to this section, Dealer shall return any deposit to Customer. In the event that Customer does not return the Vehicle as required herein, the Dealer may repossess the Vehicle and Customer shall be liable for all costs, expenses and reasonable attorneys' fees incurred by Dealer related thereto, and such repossession.

**NEW VEHICLE WARRANTY AND DISCLAIMERS.** Customer acknowledges receiving a copy of the manufacturer's warranty applicable to the Vehicle. Dealer is not a party to any such warranty and only the manufacturer has any duties or liabilities thereunder. DEALER EXPRESSLY DISCLAIMS AND EXCLUDES ANY AND ALL WARRANTIES, WHETHER EXPRESSED OR IMPLIED, WITH RESPECT TO THE VEHICLE SOLD HEREUNDER, INCLUDING ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**USED VEHICLE "AS IS".** The Customer has not made Dealer aware of any special or particular purpose for which he/she/it intends to use the Vehicle and is not relying on Dealer's skill or judgment to furnish the Vehicle for any such purpose. Customer has had or was given the opportunity to have the used Vehicle inspected and the condition of the used Vehicle meets with Customer's approval and

CONDITIONS

**It is further understood and agreed:**

The side on the reverse hereof is subject to the following terms and conditions which have been mutually agreed upon:

DEFINITIONS. As used in this Order the terms (a) "Dealer" shall mean the dealership that owns or has a right to sell the Vehicle being sold by its authorized representative; (b) "Customer" shall mean the party(ies) named on the reverse side as customer, co-customer; (c) "Manufacturer" shall mean the entity that manufactured the Vehicle or chassis, it being understood that Dealer is not the agent of Manufacturer; and (d) "Vehicle" shall mean the vehicle being purchased by Customer listed on the reverse side of this Order.

TRADE-IN ALLOWANCE. The gross trade-in allowance shown on the reverse side may not represent the actual cash value of the Customer's trade-in. Customer acknowledges that Dealer may have received an over allowance for said trade-in in lieu of an additional discount on the purchase price of the Vehicle. In the event of any dispute between Customer and Dealer, it may revert to said trade-in or refund to the Customer of this Order, Dealer's only obligation as to the trade-in shall be the actual cash value at wholesale thereof.

TRADE-IN VEHICLE CONDITION. Customer warrants that he/she has no knowledge that the trade-in vehicle was in an accident or has ever sustained damage to its frame, unibody or been in a flood. The Customer also warrants that the trade-in has never been used as a livery, taxi, or rental vehicle, has never had a cracked or welded engine block, and that the air bags are the original factory-installed equipment and in proper working condition.

SALVAGE TITLE. Customer represents and warrants that the Certificate of Title to the trade-in vehicle hereunder is not a salvage, lemon or rebuilt Title or does not have any other type of stolen or specific nomenclature on the Certificate of Title together with or without Customer's knowledge. In any way after or diminish the title to the trade-in vehicle, or in any way reduce the value of the trade-in vehicle as determined in the sole discretion of Dealer.

INDEMNITY. Customer agrees to indemnify and hold Dealer, its directors, officers, agents, and employees harmless from any and all claims of liability and expenses, including but not limited to, injury to person or property, loss of profit and reasonable attorneys fees, arising out of or in connection with any breach of the Customer's warranties, representations, and agreements contained in this Order, including but not limited to, the representations concerning the trade-in vehicle.

FAILURE TO DELIVER TRADE-IN VEHICLE OR TITLE. If Customer fails to deliver the trade-in vehicle or good title to such vehicle on or before the time the Vehicle is delivered to Customer, this Order shall remain in full force and effect unless cancelled by the Dealer, except that at the election of the Dealer, there shall be immediately due and payable from the Customer the amount of the used car allowance and unused cash in lieu of applicable taxes.

TRADE-IN VEHICLE MODIFICATIONS AND EMISSIONS. Customer warrants that he/she has not modified the trade-in vehicle in any way which would violate any state, federal or local laws or regulations, including, but not limited to, Vehicle Emissions Law, regulations promulgated by the U.S. Department of Transportation and the U.S. Environmental Protection Agency and safety regulations.

ODOMETER TRADE-IN VEHICLE. Customer warrants that the odometer on the trade-in vehicle has not been altered, set back, disconnected or replaced. Customer further agrees to indemnify and hold Dealer harmless for any liability resulting from any odometer inconsistencies or errors that occurred prior to the delivery of the trade-in vehicle to Dealer.

SECURITY INTEREST IN TRADE-IN. By signing this Order, Customer grants to Dealer a security interest in the trade-in vehicle to secure Customer's obligations under this Order and the other documents executed herewith. In the event of a breach of the Order by the Customer, Dealer may exercise all rights of a secured party under the Uniform Commercial Code with respect to the trade-in vehicle. Customer agrees to execute any and all documents reasonably required by Dealer to perfect Dealer's security interest.

PROMISSORY NOTE; ADDITIONAL CHARGES. Any additional sums due pursuant to the terms of this transaction may be evidenced by a promissory note executed by Customer in favor of Dealer. In the event any payment made by Customer to Dealer is in the form of a check which is dishonored for any reason, Customer shall pay a service charge to Dealer in the amount of $100.00 plus any and all other compensatory and any other credit related costs permitted under applicable law.

SUCCESSION. This Order is binding and shall inure to the benefit of the parties hereto and their respective heirs, executors, personal representatives, successors, and assigns, except that Customer may not assign this Order or any interest therein, in whole or in part, without the prior written consent of Dealer.

REBATE. If a rebate from the Manufacturer is reflected on the front of this Order, the Customer understands that such rebate is being subtracted from the total amount due as a courtesy to the Customer. If Customer does not qualify for the Manufacturer's rebate indicated on this Order, Customer agrees to pay the amount of the rebate plus applicable taxes to Dealer within three (3) days after demand by Dealer.

PRICE CHANGES. Manufacturer has reserved the right without notice to change its price it charges to Dealer. In the event the price of the Vehicle charged to Dealer is increased by Manufacturer prior to the delivery of the Vehicle to Customer, Dealer has the right to increase the price of Vehicle charged to Customer. If the increase in the price does not meet with Customer's satisfaction, Customer may cancel this Order prior to taking delivery or within seven (7) days of notice of the price change, whichever is earlier.

DESIGN CHANGES. Manufacturer has reserved the right to change the design of any new motor vehicle, chassis, accessories, or parts thereof at any time without notice and without obligation to make the same or any similar change upon any motor vehicle chassis, accessories, or part thereof previously purchased or shipped to Dealer or being manufactured or sold in accordance with the Dealer's orders. In the event of any such change by Manufacturer, Dealer shall have no obligation to Customer to make the same or any similar change in any motor vehicle chassis, accessories or parts hereof covered in this Order either before or subsequent to delivery of the Vehicle to Customer.

DELIVERY DELAYS. Dealer shall not be liable for the failure to deliver or the delay in delivering the Vehicle covered by this Order where such failure or delay is due, in whole or in part, to any cause beyond the control or without the fault or negligence of Dealer.

TAXES. The price of the Vehicle quoted herein does not include any tax imposed by any governmental authority prior to or at the time of delivery of the Vehicle unless expressly stated herein. The Customer assumes and agrees to pay, unless prohibited by law, any tax, except income taxes, imposed or incidental to this transaction herein, regardless of the person having the primary tax liability.

OTHER DOCUMENTS. The Customer shall at any time sign to execute such forms, agreements, or other documents as may be reasonably required to consummate the transaction.

[Signature] DEALERSHIP AUTHORIZED MANAGER

[Signature: Madelena Garcia] CUSTOMER SIGNATURE

CUSTOMER SIGNATURE

including warranties of merchantability and/or fitness for a particular purpose for the duration of the service contract and/or warranty that is provided through the vehicle.

FTC WINDOW STICKER. The information on the window form ("Buyers Guide") for the Vehicle is a part of this Order. If there is an inconsistency between the Buyers Guide and this Order, the terms and conditions of the Buyers Guide shall control.

TRADE IN PAYOFF. Customer agrees that the trade-in information is true and accurate. If the payoff balance on the trade-in vehicle is greater than the amount shown above, Customer agrees to pay the difference to Dealer upon demand. If the payoff balance is less, Dealer shall pay the difference to Customer.

NON-CANCELLABLE. This transaction is non-cancelable after the Dealer and Customer sign this Order except as otherwise provided herein.

THIS ORDER IS SUBJECT TO CORRECTION OF ANY MATHEMATICAL ERRORS BY SALES OR OFFICE PERSONNEL. I CERTIFY THAT I AM 18 YEARS OF AGE OR OLDER. I ACKNOWLEDGE THAT I HAVE READ THE TERMS ON BOTH SIDES OF THIS ORDER AND THAT I HAVE RECEIVED A COPY OF THIS ORDER. I ACKNOWLEDGE THAT THIS ORDER CONTAINS NO BLANK SPACES AT THE TIME OF SIGNING.

