# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MIKE ANDERSON CHEVROLET OF CHICAGO, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> QBE INSURANCE CORPORATION, <br><br> Defendant. | Case No. 1:20-cv-06161 <br><br> Judge Franklin U. Valderrama <br><br> Magistrate Judge Sunil R. Harjani |

## STIPULATION TO DISMISS

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, Mike Anderson Chevrolet of Chicago, LLC, and Defendant, QBE Insurance Corporation, that this action be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy between them for which said action was brought having been fully adjusted, compromised and settled.

Dated: April 4, 2022

/s/ Eric F. Quandt
Eric F. Quandt
Theodore L. Banks
Scharf Banks Marmor LLC
Attorneys for Plaintiff Mike Anderson Chevrolet of Chicago, LLC


/s/ Stefan R. Dandelles
Stefan R. Dandelles
Kyle McConnell
Kaufman Dolowich & Voluck LLP
Attorneys for Defendants QBE Insurance Corporation

Stefan R. Dandelles (ARDC No. 6244438)
Kyle McConnell (ARDC No. 6311216)
KAUFMAN DOLOWICH & VOLUCK, LLP
135 S LaSalle St., Ste. 2100
Chicago, Illinois 60603
(312) 759-1400
sdandelles@kdvlaw.com
kmcconnell@kdvlaw.com

4882-7365-4042, v. 1