Mike Anderson Chevrolet of Chicago, LLC

          Plaintiff,

v.

QBE Insurance Corporation

          Defendant.

Case No.: 1:20−cv−06161
Honorable Franklin U. Valderrama

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 6, 2022:

    MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the parties' stipulation to dismiss [72]. Pursuant to the stipulation, this action is dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy between them for which said action was brought having been fully adjusted, compromised and settled. The Court advises the parties that, generally speaking, Seventh Circuit decisions hold that dismissals "with prejudice" leave the Court without jurisdiction to enforce a settlement agreement. See Shapo v. Engle, 463 F.3d 641, 646 (7th Cir. 2006). The Court thanks Magistrate Judge Harjani for convening the successful settlement conference, and commends the parties and their counsel for negotiating in good faith. Civil case terminated. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.